# In The United States Court of Federal Claims

Cover Sheet

07-211 C

Plaintiff(s) or Petitioner(s)
American Red Ball International, Inc., American Vanpac Carriers, Inc., Echo Forwarders, Inc.

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record (See RCFC 83.1(c)): Alan F. Wohlstetter

Firm Name: Denning & Wohlstetter

Post Office Box:

Street Address: 888 Seventeenth Street, NW
Suite 700

City-State-Zip: Washington, DC 20006

Telephone & Facsimile Numbers: Tel: 202/844-8884 Fax: 202/833-8886

Is the attorney of record admitted to the Court of Federal Claims Bar? XX Yes ☐ No

Does the attorney of record have a Court of Federal Claims ECF account? XX Yes ☐ No
If not admitted to the court or enrolled in the court's ECF system, please call (202) 357-6406 for admission papers and or enrollment instructions.

Nature of Suit Code: 1 3 4
Select only one (three digit) nature-of-suit code from the attached sheet. If 213, identify partnership or partnership group. If numbers 118, 131, 220, 312, 356, or 528 are used, please explain.

Agency Identification Code: D O D
See attached sheet for three-digit codes.

Amount Claimed: $ 0
Use estimate if specific amount is not pleaded.

Disclosure Statement:
Is a RCFC 7.1 Disclosure Statement required? XX Yes ☐ No
If yes, please note that two copies are necessary.

Bid Protest:
Indicate approximate dollar amount of procurement at issue: $
Is plaintiff a small business? ☐ Yes XX No

Vaccine Case:
Date of Vaccination:

Related Cases:
Is this case directly related to any pending or previous case? ☐ Yes XX No
If yes, you are required to file a separate notice of directly related case(s). See RCFC 40.2