IN THE UNITED STATES COURT OF FEDERAL CLAIMS

American Red Ball International, Inc.
American Vanpac Carriers, Inc.
and
Echo Forwarders, Inc.,

Plaintiffs

v.

The United States of America,

Defendant

FILED
MAR 3 0 2007
U.S. COURT OF FEDERAL CLAIMS

No. 07-211 C

DISCLOSURE STATEMENT REQUIRED BY RULE 7.1

Plaintiffs American Red Ball International and American Vanpac Carriers, Inc. are wholly-owned by Red Ball Corporation, an Indiana corporation. Plaintiff Echo Forwarders, Inc. is wholly-owned by American Vanpac Van Lines, Inc., a Washington corporation, which is wholly-owned by Red Ball Corporation. Atlas World Group, Inc., a Delaware Corporation, wholly-owns Red Ball Corporation. The capital stock of Atlas World Group, Inc. is not publicly held.

Respectfully submitted,

Alan F. Wohlstetter

Alan F. Wohlstetter
DENNING & WOHLSTETTER
888 Seventeenth Street, NW, Suite 700
Washington, DC 20006
Tel: (202) 833-8884
Fax: (202) 833-8886
Attorneys for Plaintiffs

Dated: March 30, 2007