**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| AMERICAN RED BALL INTERNATIONAL, INC. et al., | ) | |
| Plaintiffs, | ) | |
| v. | ) | No. 07-211C (Judge Hodges) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME**

Pursuant to RCFC 6(b), defendant requests an enlargement of time of 37 days, to and including July 9, 2007, within which to respond to the complaint. Our response is now due on June 1, 2007. This is our first request for an enlargement of time for this purpose. When counsel for the defendant contacted counsel for the plaintiff concerning this motion, counsel for the plaintiff requested a guarantee that this would be the defendant's only motion for an enlargement of time to respond to the complaint in exchange for his consent to this motion. While counsel for the defendant is optimistic that the current request of 37 days will provide adequate time to prepare a response to the complaint, he cannot guarantee that currently unknown future events will not interfere with that estimate. Therefore, the counsel for the defendant understands that plaintiff will oppose this request for an enlargement of time.

Counsel for the defendant timely requested, pursuant to 28 U.S.C. § 520, that the appropriate agency provide him with a litigation report. Agency counsel has recently informed counsel for the defendant that, despite his diligent efforts to compile the necessary documents to prepare the litigation report, he has not yet been able to complete this task. Accordingly, counsel for the defendant has not yet received a litigation report. Counsel for the defendant and agency counsel have discussed this issue, and we anticipate receiving a litigation report in the near

future.

After receiving the litigation report, counsel for the defendant will require time to study it and determine the most appropriate response to the complaint. Therefore, we anticipate that at least an additional 37 days will be required to prepare our response.

For the foregoing reasons, defendant requests that the Court grant this motion for an enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/ Todd M. Hughes
TODD M. HUGHES
Assistant Director

/s/ Devin A. Wolak
DEVIN A. WOLAK
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L Street, N.W., 8th Floor
Washington, D.C. 20530
Tel: (202) 616-0170
Fax: (202) 514-8624

May 24, 2007

Attorneys for Defendant

Certificate of Filing

I hereby certify that on May 24, 2007, a copy of the Defendant's Motion For An Enlargement Of Time was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Devin A. Wolak
Devin A. Wolak