IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| American Red Ball International, Inc., et al., )<br>)<br>Plaintiffs )<br>)<br>v. )<br>)<br>The United States of America, )<br>)<br>Defendant )<br>) | No. 07-211<br>(Judge Hodges) |

PLAINTIFFS' RESPONSE TO DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME

Plaintiffs American Red Ball International, Inc., American Vanpac Carriers, Inc. and Echo Forwarders, Inc., by their undersigned attorney, hereby respond to defendant's Motion for an Enlargement of Time to file its Answer of 37 days from June 1, 2007 to and including July 9, 2007.

Plaintiffs oppose the extension of time of 37 days to file the answer in this case which presents a single issue of construction of a written contract for the Court to resolve. The experience of plaintiffs' attorney in cases before this Court is that defendant's answers are essentially general denials which do not require the requested additional time to prepare. Defendant was allowed 60 days to file its answer which is more than sufficient time for the agency to furnish the defendant's attorney the litigation report in this case and for defendant's counsel to answer the complaint. Other than a general unsupported assertion that "…at least an

additional 37 days will be required to prepare our response [the government's answer]", no facts are set forth which justify a grant of this Motion. On the other hand, the grant of the requested 37-day extension will prejudice plaintiffs by unreasonably delaying the processing of this one-issue case.

Nevertheless, as a matter of courtesy we would have no objection to a postponement of two weeks, viz. until June 15, 2007.

Respectfully submitted,

s/ Alan F. Wohlstetter

ALAN F. WOHLSTETTER
DENNING & WOHLSTETTER
888 Seventeenth Street, NW,
Suite 700
Washington, DC 20006
Tel: (202) 833-8884
Fax: (202) 833-8886
Attorney for Plaintiffs

Dated: May 24, 2007