**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| AMERICAN RED BALL INTERNATIONAL, INC. et al., | ) | |
| Plaintiffs, | ) | |
| v. | ) | No. 07-211C (Judge Hodges) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME**

Pursuant to RCFC 6(b), defendant requests an enlargement of time of 5 days, to and including July 13, 2007, within which to respond to the complaint. Our response is now due on 9, 2007, pending a favorable ruling upon our previous motion for an enlargement of time of 37 days from June 1, 2007. This is our second request for an enlargement of time for this purpose; the Court has not yet ruled upon our first request. Counsel for the plaintiffs has indicated that he will not oppose this motion.

After we filed our first motion for an enlargement of time, we received a litigation report from agency counsel, reviewed it, and determined that the appropriate response to the plaintiffs' complaint is a motion to dismiss. We have prepared a draft of that motion, but it has not yet been fully reviewed pursuant to mandatory Department of Justice internal review procedures. Additionally, counsel for the defendant's efforts to complete this motion sooner have been hampered by his responsibilities on other cases, which have included drafting two other dispositive motions in two other cases pending before this Court, traveling to Texas for discovery on a third case pending before the Court, and drafting an appellate brief for an appeal pending before the United States Court of Appeals for the Federal Circuit. We have advised counsel for the plaintiffs that we intend to file a motion to dismiss, and anticipate that the

internal review process should be complete on or before July 13, 2007. Therefore, we anticipate that an additional 5 days will be required to finalize our response. If it is finalized prior to that date, we will file and serve it as soon as it is complete.

For the foregoing reasons, defendant requests that the Court grant this motion for an enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/ Todd M. Hughes
TODD M. HUGHES
Assistant Director

/s/ Devin A. Wolak
DEVIN A. WOLAK
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L Street, N.W., 8th Floor
Washington, D.C. 20530
Tel: (202) 616-0170
Fax: (202) 514-8624

July 9, 2007

Attorneys for Defendant

Certificate of Filing

I hereby certify that on July 9, 2007, a copy of the Defendant's Unopposed Motion For An Enlargement Of Time was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Devin A. Wolak
Devin A. Wolak