# In the United States Court of Federal Claims

* * * * * * *

AMERICAN RED BALL INTERNATIONAL, INC., et al., *

*

Plaintiffs, No.07-211C

*

v. Filed: July 9, 2007

*

UNITED STATES OF AMERICA,

*

Defendant.

*

* * * * * * *

**ORDER**

Defendant's unopposed motion for an enlargement of time to July 13 within which to respond to the Complaint is GRANTED.

s/Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge