No. 07-211C
(Judge Hodges)

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

---

AMERICAN RED BALL INTERNATIONAL, INC., et al.,

Plaintiffs
v.

THE UNITED STATES,

Defendant.

---

**DEFENDANT'S MOTION TO DISMISS AND APPENDIX**

---

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

TODD M. HUGHES
Deputy Director

OF COUNSEL:
MAJ PATRICK L. GARY
Litigation Attorney
U.S. Army Litigation Division

DEVIN A. WOLAK
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L St., N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tel. (202) 616-0170
Fax. (202) 514-8624

July 13, 2007

Attorneys for Defendant

## TABLE OF CONTENTS


TABLE OF AUTHORITIES . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ii

ISSUES PRESENTED . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1

STATEMENT OF THE CASE . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2

I. Nature Of The Case . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2

II. Statement Of Facts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3

ARGUMENT . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5

I. The Plaintiffs Do Not Seek Money Damages Presently Due And Owing, And Therefore The Court Lacks Jurisdiction Over The Plaintiffs' Complaint . . . . . . . . . . . . . . . . . . . . . 5

II. The 1993 Exception Agreement Is Not A Contract, And The Court Should Dismiss For Failure To State A Claim Upon Which Relief Can Be Granted . . . . . . . . . . . . . . . . . . . . 7

A. The 1993 Exception Agreement Is Not A Contract . . . . . . . . . . . . . . . . . . 7

B. The Government Properly Invoked The Termination Clause In The 1993 Exception Agreement . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9

III. The 1993 Exception Agreement Is Not A CDA Contract And Therefore Plaintiffs' Citation To The CDA As A Basis For Jurisdiction Is Improper; However, To The Extent The 1993 Exception Agreement Is A CDA Contract, The Court Lacks Jurisdiction Over The Plaintiffs' Claim Because They Have Not Presented It To The Contracting Officer 10

CONCLUSION . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12

## TABLE OF AUTHORITIES

**CASES**

Alder Terrace, Inc. v. United States,
161 F.3d 1372 (Fed. Cir. 1998) . . . . . . . . . . 6

Bell Atlantic Corp. v. Twombly,
--- U.S. ---, 127 S. Ct. 1955 (May 21, 2007) . . . . . . . . . . 7

Coastal Corp. v. United States,
713 F.2d 728 (Fed. Cir. 1983) . . . . . . . . . . 10

Conley v. Gibson,
355 U.S. 41 (1957) . . . . . . . . . . 7-8

Esch v. United States,
49 Fed. Cl. 631 (2001) . . . . . . . . . . 7

Gates v. United States,
33 Fed. Cl. 9 (1995) . . . . . . . . . . 7

Hamlet v. United States,
873 F.2d 1414 (Fed. Cir. 1989) . . . . . . . . . . 6

Massachusetts Bay Transp. Auth. v. United States,
21 Cl. Ct. 252 (1990) . . . . . . . . . . 7

McNutt v. General Motors Acceptance Corp.,
298 U.S. 178 (1936) . . . . . . . . . . 6

Modern Sys.Technology Corp. v. United States,
24 Cl. Ct. 360 (1991) . . . . . . . . . . 8, 9

Moyer v.United States,
190 F.3d 1314 (Fed. Cir. 1999) . . . . . . . . . . 6

Nat’l Air Traffic Controllers Ass’n v. United States,
160 F.3d 714 (Fed. Cir. 1998) . . . . . . . . . . 7

Nevin v. United States,
43 Fed. Cl. 151 (1999) . . . . . . . . . . 8

Pennsylvania Dep’t of Public Welfare v. United States,

48 Fed. Cl. 785 (2001) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8

Reynolds v. Army & Air Force Exch. Serv.,
846 F.2d 746 (Fed. Cir. 1988) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6

Rider v. United States,
7 Cl. Ct. 770 (1985) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11

Rig Masters, Inc. v. United States,
42 Fed. Cl. 369 (1998) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7

Sanders v. United States,
252 F.3d 1329 (Fed. Cir. 2001) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6

Scheuer v. Rhodes,
416 U.S. 232 (1974) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6

Sharman Co. v. United States,
24 Cl. Ct. 763 (1991) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11

Trauma Serv. Group, Ltd. V. United States,
33 Fed. Cl. 426 (1995) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9

United Pac. Ins. Co. v. United States,
464 F.3d 1325 (Fed. Cir. 2006) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7

United States v. King,
395 U.S. 1 (1969) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6

United States v. Mitchell,
445 U.S. 535 (1980) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5

United States v. Mitchell,
463 U.S. 206 (1983) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5

United States v. Sherwood,
312 U.S. 584 (1941) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5

United States v. Testan,
424 U.S. 392 (1976) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5

Vanalco, Inc. v. United States,
48 Fed. Cl. 68 (2000) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7

Woll v. United States,
45 Fed. Cl. 475, 478 (1999) . . . . . . . . . . 9

Worthington v. United States,
168 F.3d 24 (Fed. Cir. 1999) . . . . . . . . . . 6

YRT Servs. Corp v. United States,
28 Fed. Cl. 366 (1993) . . . . . . . . . . 10

**STATUTES AND RULES**

28 U.S.C. § 1491 . . . . . . . . . . 5

41 U.S.C. § 602 . . . . . . . . . . 11

41 U.S.C. §605 . . . . . . . . . . 11

41 U.S.C. § 609 . . . . . . . . . . 10

RCFC 12 . . . . . . . . . . 7

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| AMERICAN RED BALL INTERNATIONAL, INC. et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | No. 07-211C |
| v. | ) | (Judge Hodges) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S MOTION TO DISMISS AND APPENDIX**

Pursuant to the Rule of the Court of Federal Claims ("RCFC") 12(b)(1) and 12(b)(6), the United States respectfully requests that the Court dismiss the plaintiff's complaint for lack of subject matter jurisdiction, or, in the alternative, for failure to state a claim.

**ISSUES PRESENTED**

(1) Whether the Court lacks jurisdiction to entertain the plaintiffs' claim because the plaintiffs' claim does not seek money damages presently due and owing.

(2) Whether the plaintiffs have failed to state a claim upon which relief may be granted because the alleged contract is not an enforceable contract.

(3) Whether the plaintiffs have failed to state a claim upon which relief may be granted because the Government properly invoked the termination clause in the 1993 exception agreement.

(4) Whether the plaintiffs have failed to state a claim upon which relief may be granted because their allegation of the Contract Disputes Act as a jurisdictional basis is incorrect because the Contract Disputes Act does not apply to the 1993 exception agreement.

(5) Whether, assuming the Contract Disputes Act does apply to this action, the Court lacks jurisdiction because the plaintiffs have not presented their claim to a contracting officer for a final decision.

## STATEMENT OF THE CASE

I. Nature Of The Case

The plaintiffs allege the Government's anticipatory breach of a December 30, 1993 agreement (the "1993 exception agreement") that granted the plaintiffs a special exception to the Military Traffic Management Command's ("MTMC")[1] Common Financial Ownership and Administrative Control ("CFAC") regulation, which prohibits commonly owned companies from competing as separate Transportation Service Providers ("TSP") in the Department of Defense International Through Government Bill Of Lading ("ITGBL") Personal Property Program. The plaintiffs gave no consideration for this special exception, and the Government has not received anything for granting it; the parties did not agree upon a specific duration for the special exception, except to expressly afford the Government a unilateral termination right; and the plaintiffs do not and cannot seek damages for the alleged breach of the 1993 exception agreement. Nevertheless, the plaintiffs now seek a declaration from this Court essentially stating that the 1993 exception agreement granted them a perpetual exemption from the CFAC regulation, and an injunction compelling the SDDC to refrain from exercising its termination rights.

---

[1] The MTMC no longer exists; its successor is the Surface Deployment and Distribution Command ("SDDC"); when using either abbreviation in this motion, we are referring to the same legal entity.

## II. Statement Of Facts

Each of the plaintiffs in this case, American Red Ball International, Inc. ("Red Ball"), American Vanpac Carriers, Inc. ("Vanpac"), and Echo Forwarders, Inc. ("Echo"), are moving companies which have been, for many years, independently participating as TSPs in the Department of Defense ("DOD") Personal Property Program ("PPP"). The PPP, which was formerly administered by the MTMC and is now administered by the SDDC, facilitates the shipment of the household goods, unaccompanied baggage, privately owned vehicles and mobile homes of United States military service members (and their families) when they receive orders to change duty stations. See A 1-31 (SDDC Pamphlet 55-4). To qualify as a TSP, moving companies must meet a number of criteria, including but not limited to establishing a PowerTrack account with US Bank for the electronic payment, and electronically registering in the Central Contractor Registration database. A 4-15. TSPs declaring Common Financial and Administrative Control ("CFAC") (meaning that another company has "the power, actual as well as legal, to influence the management, direction or functioning of a business organization"), are not permitted to compete in the same rate channel[2] in the same code of service[3] in the International Program. A 13-14, A 28.

The plaintiffs were separate legal entities until 1993, when the owner of Vanpac and Echo, Mr. William Bottoms, fell ill and was forced to sell his businesses. Cmplt. ¶ 13. Red Ball was the only company interested in purchasing Vanpac and Echo, and agreed to do so upon the

---

[2] A "rate channel" is the PPP's designation of origin-to-destination moving routes, such as State A to State B, or Country A to Country B, etc.

[3] A "code of service" is the PPP's term for the method of delivery, such as van, boat, airplane, etc.

condition that the sale would not cause the CFAC regulation to prohibit Vanpac and Echo from filing their moving rates in the same rate channels and codes of service as Red Ball. See Cmplt. ¶ 14. The plaintiffs therefore negotiated an exception to the CFAC prohibition based upon the fact that, despite the corporate relationship, all three companies essentially operated independently and could effectively compete against each other with their rate submissions. Cmplt. ¶ 15; Agreement at ¶ 5(a)-(h). The 1993 exception agreement also contained a termination clause, which states:

> Should matters come to the attention of MTMC which warrant a change in its position, MTMC reserves the right, upon due notice to the parties of the second part, unilaterally to terminate this agreement.

Cmplt. Attach. 1 at 4 (¶ 6(b) of the 1993 exception agreement).

In 2002, the SDDC began the implementation of its “Families First” program for shipment of service members' personal property. See A 32-37 (Families First Pamphlet). The Families First program is an initiative to improve the quality of life of U. S. service members and their families. A 33. Families First will significantly change the way SDDC procures and manages household good shipments. Under the current program, SDDC awards shipments essentially on a low cost basis. Under the Families First program, SDDC will award shipments based on a best-value approach, based on a TSP’s performance and rates, which is determined by weighing several factors, including customer satisfaction, price and claims-handling. A 36. Performance is determined primarily from Customer Satisfaction Surveys. A 35-36. The Families First program also requires the mandatory use of an electronic system for billing, payment, and customer-satisfaction input. A 35. The SDDC anticipates Families First start-up some time in late fall 2007.

On October 26, 2006, Vanpac wrote to the SDDC asking whether it would continue to honor the 1993 exception agreement in light of the proposed Families First Business Rule continuing the prohibition on CF ACs filing rates for the same channel of service and code of service for international shipments. Pl. Cmplt. ¶ 17; Cmplt. Attach. 2. The SDDC responded on November 30, 2006, stating that it had "decided to invoke paragraph 6.b. of the 1993 agreement to terminate the agreement concurrent with Families First implementation. Thus, your exemption will expire with the start up of Families First." Id.

The plaintiffs filed the present lawsuit on March 30, 2007, and now seek either a declaration of its rights under the 1993 exception agreement, an injunction compelling the defendant to refrain from terminating the 1993 exception agreement, or both.

## ARGUMENT

### I. The Plaintiffs Do Not Seek Money Damages Presently Due And Owing, And Therefore The Court Lacks Jurisdiction Over The Plaintiffs' Complaint

The Tucker Act, 28 U.S.C. § 1491(a)(1), grants this Court jurisdiction to entertain monetary claims founded upon the Takings Clause of the United States Constitution, statutes, regulations, or contracts. See United States v. Mitchell, 463 U.S. 206, 215-18 (1983). It is well-settled that the Tucker Act is a limited waiver of the United States' sovereign immunity. See United States v. Mitchell, 445 U.S. 535, 538 (1980); United States v. Testan, 424 U.S. 392, 399 (1976). Any statute creating a waiver of sovereign immunity must be strictly construed. See United States v. Sherwood, 312 U.S. 584, 590 (1941).

The plaintiff bears the burden of establishing that this Court possesses jurisdiction to entertain the complaint. See McNutt v. General Motors Acceptance Corp., 298 U.S. 178, 189-90 (1936); Sanders v. United States, 252 F.3d 1329, 1333 (Fed. Cir. 2001); Alder Terrace, Inc. v.

United States, 161 F.3d 1372, 1376-77 (Fed. Cir. 1998). Upon a motion to dismiss, the Court should view the allegations of the complaint in the light most favorable to the plaintiff. Scheuer v. Rhodes, 416 U.S. 232, 236 (1974); Reynolds v. Army & Air Force Exch. Serv., 846 F.2d 746, 747 (Fed. Cir. 1988); Hamlet v. United States, 873 F.2d 1414, 1416 (Fed. Cir. 1989). If necessary to resolve the jurisdictional issues, the Court may also examine relevant evidence beyond the pleadings. Moyer v.United States, 190 F.3d 1314, 1318 (Fed. Cir. 1999).

Where, as here, the plaintiff asserts that such right is established by contract, the Court's jurisdiction attaches when the plaintiff alleges, among other things, that it entered into an express or implied contract with the United States, and that the contract mandates that plaintiff is entitled to recover money damages from the United States. See Worthington v. United States, 168 F.3d 24, 26 (Fed. Cir. 1999). A plaintiff seeking to invoke the Court's jurisdiction must present a claim for "actual, presently due money damages from the United States." United States v. King, 395 U.S. 1, 3 (1969).

This Court lacks jurisdiction over the plaintiffs' complaint because it does not make a claim for money damages, presently due or otherwise. Rather, the plaintiffs asks the Court to find that defendant will breach the agreement and request a remand to SDDC with instructions to abide by the Agreement. See Cmplt. at 9, Claim For Relief. This is a request for a declaratory judgment or an injunction, neither of which this Court is empowered to grant. See King, 395 U.S. at 5 ("In the absence of an express grant of jurisdiction from Congress, we decline to assume that the Court of Claims has been given the authority to issue declaratory judgments."); Nat'l Air Traffic Controllers Ass'n v. United States, 160 F.3d 714, 716 (Fed. Cir. 1998) ("there is no provision giving the Court of Federal Claims jurisdiction to grant equitable relief when it is

unrelated to a claim for monetary relief pending before the court"); Vanalco, Inc. v. United States, 48 Fed. Cl. 68, 74 (2000) (the Court of Federal Claims "does not have general equitable jurisdiction over contracts"); Rig Masters, Inc. v. United States, 42 Fed. Cl. 369, 372 (1998) ("it is well established that this court does not have jurisdiction over claims for specific performance"); Massachusetts Bay Transp. Auth. v. United States, 21 Cl. Ct. 252, 262 (1990) (this Court generally lacks authority to grant requests for declaratory judgments). Esch v. United States, 49 Fed. Cl. 631, 634 (2001) ("An enforcement claim is not a claim for money damages.") (citing Gates v. United States, 33 Fed. Cl. 9, 12 (1995) (holding in an action for specific performance that "[t]he Court of Federal Claims cannot order the United States to perform")).

Accordingly, the Court should dismiss the plaintiffs' complaint for a lack of jurisdiction.

## II. The 1993 Exception Agreement Is Not A Contract, And The Court Should Dismiss For Failure To State A Claim Upon Which Relief Can Be Granted

### A. The 1993 Exception Agreement Is Not A Contract

In reviewing a motion to dismiss for failure to state a claim made pursuant to RCFC 12(b)(6), this Court "must assume all well-pled factual allegations are true and indulge in all reasonable inferences in favor of the nonmovant." United Pac. Ins. Co. v. United States, 464 F.3d 1325, 1327-28 (Fed. Cir. 2006) (citations omitted). The Court may dismiss the complaint only if the plaintiff cannot prove a set of facts that are consistent with the allegations in the compliant and would entitle the plaintiff to relief. See Bell Atlantic Corp. v. Twombly, --- U.S. ---, 127 S. Ct. 1955, 1969 (May 21, 2007) (abrogating the "no set of facts" rule from Conley v. Gibson, 355 U.S. 41, 45-46 (1957), and stating, "once a claim has been stated adequately, it may be supported by showing any set of facts consistent with the allegations in the complaint.").

Despite the plaintiffs' allegation that their action is brought pursuant to a contract with the SDDC, the instrument attached at Exhibit 1 to the complaint is not a contract. "[T]o establish a contract under the Tucker Act, a claimant must prove four elements: (1) lack of ambiguity in offer and acceptance; (2) mutuality of intent to contract; (3) sufficient conduct by a government representative having actual authority to bind the government in contract; and (4) consideration." Pennsylvania Dep't of Public Welfare v. United States, 48 Fed. Cl. 785, 787-788 (2001) (citing Nevin v. United States, 43 Fed. Cl. 151 (1999)). "In order for a contract to be formed, the parties must possess contractual intent and their agreement must be sufficiently definite to be enforced." Modern Sys.Technology Corp. v. United States, 24 Cl. Ct. 360 (1991).

The 1993 exception agreement is neither definite nor binding, and no real consideration was exchanged between the parties. When the plaintiffs became corporate relations in 1993, they sought assurances from the MTMC that the purchasee companies would be permitted to continue their participation in the International Program despite the fact they were going to be wholly owned by one of their International Program competitors. Based upon the unique facts and circumstances presented by the companies' situation, the MTMC elected to grant them this special exception. No money was exchanged, and the Government received no tangible benefit. The Government simply granted the plaintiffs' an exception to a rule that would otherwise prohibit them from participating in the International Program because of the corporate structure they chose.

The 1993 exception agreement is also not binding. To be binding, a contract generally must be "sufficiently definite to permit determination of breach and remedies." Modern Sys.Technology Corp., 24 Cl. Ct. at 361. Here, the 1993 special exception only allows the

plaintiffs to file their rates when they would otherwise not be able to do so; it does not guarantee that they will be awarded any contracts to move service members and their families. Moreover, the 1993 exception agreement does not contain any provisions that address remedies for breach. In Trauma Serv. Group, Ltd. V. United States, 33 Fed. Cl. 426 (1995), aff'd, 104 F.3d 1321 (Fed. Cir. 1997), the Court held that CHAMPUS Memoranda of Understanding ("MOU") were unenforceable agreements because they did not set forth any remedy for breach, did not demonstrate definitely the Government's intent to be bound, and contained no method for determining a breach. Like the MOU in Trauma Serv. Group, the 1993 exception agreement in his case provides no remedy for breach, nor does it demonstrate the Government's intent to be bound.

Finally, the paragraph 6(b) of the 1993 exception agreement, the termination provision, demonstrates that the Government did not intend to allow this special exception in perpetuity. The termination provision permits the Government to unilaterally terminate the exception upon "matters com[ing] to the attention of the [SDDC] which warrant a change in position" and "due notice" to the plaintiffs. "Whenever one of the parties can terminate without consequence, an enforceable contract does not exist." Woll v. United States, 45 Fed. Cl. 475, 478 (1999). Because the SDDC could unilaterally terminate the agreement, no contract exists and the plaintiffs complaint should be dismissed.

B. The Government Properly Invoked The Termination Clause In The 1993 Exception Agreement

The plaintiffs also fail to state a claim upon which relief can be granted because they have already received all that they are due under the 1993 exception agreement. The termination provision permits the Government to unilaterally terminate the exception upon "matters

com[ing] to the attention of the [SDDC] which warrant a change in position" and "due notice" to the plaintiffs. Cmplt. Attach. 1 at ¶ 6(b). The SDDC identified the "matter" warranting its change in position as the implementation of the Families First initiative. The SDDC also provided the plaintiffs with "due notice." The 1993 exception agreement does not specify any time period that would constitute "due notice," but the Government submits that, where a plaintiff has received notice of the termination of an agreement and files a compliant for anticipatory breach four months after receiving such notice, it has received all the notice it is due under the terms of the agreement.

Because the Government properly invoked the termination provision in the 1993 exception agreement, the plaintiffs' complaint should be dismissed for failure to state a claim upon which relief can be granted.

III. The 1993 Exception Agreement Is Not A CDA Contract And Therefore Plaintiffs' Citation To The CDA As A Basis For Jurisdiction Is Improper; However, To The Extent The 1993 Exception Agreement Is A CDA Contract, The Court Lacks Jurisdiction Over The Plaintiffs' Claim Because They Have Not Presented It To The Contracting Officer

The plaintiffs cite 41 U.S.C. § 609(a)(1) as the statute granting the Court jurisdiction over its claim. That statute states, in pertinent part, "in lieu of appealing the decision of the contracting officer under section 605 of this title to an agency board, a contractor may bring an action directly on the claim in the United States Court of Federal Claims . . . ." 41 U.S.C. § 609(a)(1). The Contract Disputes Act ("CDA") applies only to an express or implied contract for the procurement of property, services or construction. 41 U.S.C. § 602(a)(2). A procurement contract is a contract in which the Government bargains for, pays for, and receives goods and services. See Coastal Corp. v. United States, 713 F.2d 728, 730 (Fed. Cir. 1983); see also YRT Servs. Corp v. United States, 28 Fed. Cl. 366, 392 n.23 (1993) (distinguishing concession

contracts from CDA contracts). 41 U.S.C. § 602(a) limits the applicability of the Contract Disputes Act to contracts falling into the following categories:

> (1) the procurement of property, other than real property in being;
>
> (2) the procurement of services;
>
> (3) the procurement of construction, alteration, repair or maintenance of real property; or,
>
> (4) the disposal of personal property.

41 U.S.C. § 602(a). The contract alleged by the plaintiffs does not fall into any of these categories. If anything, the 1993 exception agreement is (to the extent it is a contract) a contract where the Government provides services to the plaintiffs, and not vice versa. The CDA does not apply to such a contract. See, e.g., Rider v. United States, 7 Cl. Ct. 770, 774-775 (1985).

Assuming, arguendo, that the CDA does apply to the 1993 exception agreement, the plaintiffs have not presented their claim for a contracting officer's final decision. Their failure to do this divests this Court of jurisdiction to entertain their claim. See Sharman Co. v. United States, 24 Cl. Ct. 763, 766 (1991) ("Specifically, the Contract Disputes Act requires that the claim sued on . . . be one that was 'submitted to the contracting officer for a decision.' 41 U.S.C. §605(a). Absent submission of a claim to the contracting officer for a decision, the court cannot hear the claim.").

**CONCLUSION**

For these reasons, we respectfully request the Court to dismiss the plaintiffs' complaint.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/ Todd M. Hughes
TODD M. HUGHES
Deputy Director

/s/ Devin A. Wolak
DEVIN A. WOLAK
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L St., N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tel. (202) 616-0170
Fax. (202) 514-8624

OF COUNSEL:
MAJ PATRICK L. GARY
Litigation Attorney
U.S. Army Litigation Division

July 13, 2007

Attorneys for Defendant

**CERTIFICATE OF FILING**

I hereby certify that on July 13, 2007, a copy of the Defendant's Motion To Dismiss And Appendix was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Devin A. Wolak
Devin A. Wolak

**AMERICAN RED BALL INT'L, INC., et al., v. UNITED STATES**
**No. 07-211C**

## APPENDIX TO MOTION TO DISMISS


| DOCUMENT | PAGE NUMBER |
|---|---|
| SDDC Pamphlet 55-4 | A 1 |
| Families First Pamphlet | A 32 |

# How to do Business in the Department of Defense Personal Property Program

***January 6, 2006***

SDDC Pam 55-4



Surface Deployment and Distribution Command
200 Stovall Street, Alexandria, Va. 22332

## Table of Contents

**1.0 Introduction** 3
**2.0 Qualification Requirements** 4
**2.1 Mandatory ....................................4**
2.1.1 Standard Carrier Alpha Code (SCAC) 4
2.1.2 PowerTrack 4
2.1.3 Central Contractor Registration (CCR) 5
2.1.4 Electronic Transportation Acquisition Registration 5
2.1.5 Digital Identity Certificate Requirement. 6
2.1.6 Qualification Timeline 6
2.1.7 Submission Requirements for Web Forms and Faxed Documents 7
Submitted Documentation:
2.1.8 Changes in Required Administrative TSP Information 7
2.1.9 Certificate of Cargo Liability Insurance 8
2.1.10 Performance Bonds 8
2.1.11 Changes in Insurance/Bond Notification 9
2.1.12 SDDC Decisions 9
2.1.13 TSP Appeals 10
**2.2 Qualification Requirements for New Entrants ....................................11**
2.2.1 Financial Data/Statements/Ratios 11
2.2.2 Certificate of Cargo Liability Insurance 13
2.2.3 Performance Bonds 13
2.2.4 Electronic Tender of Service Signature Sheet Requirement (ETOSSS) 13
2.2.5 Certificate of Responsibility 14
2.2.6 Company Experience Requirements 14
2.2.7 Federal and State Regulatory Compliance 15
2.2.8 Certificate of Independent Pricing 15
**2.3 Additional Market Requirements ....................................15**
**2.4 Removal of Market Approval ....................................17**
**4.0 Definitions** 28
**5.0 Recommended Publications and Hot Links** 31
**6.0 Contact Information** **Error! Bookmark not defined.**

## 1.0 Introduction

Currently approved Transportation Service Providers (TSPs) and New Entrants, welcome. This pamphlet is intended to give you guidance on what you must do to demonstrate your qualifications to do business in the domestic and international personal property programs. The pamphlet addresses Qualification Requirements (Section I), TSP Application Submission Instructions (Section II), and also addresses Definitions (Section III). Section I addresses the mandatory requirements, qualification requirements for NEW Entrants, additional market approval. New Entrants and expanded market approval will only be considered during an open season. New entrants are classified as both new TSPs requesting initial approval and TSPs requesting re-qualification after prior approval has been revoked.

***All forms must be successfully submitted through PPQWEB before the TSP's request for approval will be reviewed and processed.***

Open seasons will be announced via our Military Surface Deployment and Distribution Command (SDDC), Alexandria, Virginia homepage (www.sddc.army.mil).

This document does not apply to the Non-Temporary Storage program, the Direct Procurement Method program, or the Privately Owned Vehicle program. This document does not apply to packing Agents.

**All qualification documentation being submitted by or on the behalf of the President/CEO will be as if the President/CEO are verifying, agreeing to, signing and submitting all qualification documents that are required. All qualification forms, as outlined below, must be submitted via PPQWEB in accordance with the required timeframes established.**

**A TSP's qualification file that is not maintained and/or being kept up to date/edited by or on behalf of the TSP, will be grounds for revocation of DOD approval in the Personal Property Program.**

**The DoD Personal Property Program has four components:**

a. Domestic Personal Property Program – Interstate and Intrastate shipments within CONUS
b. International Personal Property Program – Shipments to/from CONUS/OCONUS as well as shipments between OCONUS destinations
c. Mobile Home Personal Property Program – Movement of mobile homes within CONUS using One-Time-Only rates
d. Boat Personal Property Program – Movement of boats within CONUS using One-Time-Only rates

**TSPs wanting to participate in any of these programs must be approved by SDDC before filing rates. Qualification involves, among other things, satisfying the Tender**

**of Service (TOS), International and Domestic Rate Solicitations, PowerTrack agreement and certifications, as applicable. Be aware that the cost of financial statements, performance bonds, certificates of cargo liability insurance, and other approval documentation is at a cost of the TSP and is considered as being a part of the cost of doing business with the Government.**

We recommend that all participants **read** the TOS, which is located in Appendix B of the Defense Transportation Regulation (DTR) Part IV, DOD 4500.9R. Please see Section 5.0 of this document for a link to the TOS. The TOS is the basic document that specifies the terms and conditions of participation in the program. The TOS provides details concerning qualification procedures, mutual agreements and understandings, service and performance requirements and certifications. SDDC reserves discretion to exercise judgment in deciding approval authorizing TSPs to offer transportation services in support of the program, but does not guarantee award of shipments; traffic distribution is based on the procedures outlined in the DTR Chapter 402.

Currently approved TSPs have no entitlement to remain in the program. To remain in the program, currently approved TSPs must maintain all required documents and certifications in a current status in accordance with this pamphlet. Once qualified, a TSP's approval to participate in the program is valid unless the TSP fails to maintain other program requirements, e.g., those identified in the TOS, the international solicitation or domestic solicitation or this qualification pamphlet.

Participation in the Department of Defense Personal Property Program:
SDDC reserves the right to revoke any TSP's approval at our sole discretion.

## 2.0 Qualification Requirements

### 2.1 Mandatory

#### 2.1.1 Standard Carrier Alpha Code (SCAC)

TSPs must obtain and maintain its unique valid four-digit alpha code from the National Motor Freight Traffic Association (NMFTA), 2200 Mill Road, Alexandria, Virginia 22314, (703) 838-1831. Each TSP doing business as a motor carrier, freight forwarder or broker, must have its own SCAC. The SCAC is required on all correspondence to the government for identification purposes. NMFTA charges an annual fee to maintain SCACs. Failure to maintain a valid SCAC at all times will result in removal from the program.

#### 2.1.2 PowerTrack

**All TSPs wishing to perform transportation related services for the DOD must have and maintain a trading partner agreement with US Bank and be PowerTrack certified for the electronic payment of commercial transportation services prior to applying for approval. Powertrack is the payment and transaction system for all DOD TSP's handling personal property. Failure to execute and maintain this agreement and certification will result in approval being denied for New Entrants or removal from the program for existing TSPs.**

US Bank/Power Track Help Desk **can be reached at 866-561-6930 (Domestic) and 0-800-101-5396 (International). The email address is** PowerTrack@USBank.com **and the subject should show "HHG". These numbers are available 24/7. Additional information on PowerTrack is available at** www.usbank.com/powertrack**.**

### 2.1.3 Central Contractor Registration (CCR)

All TSPs doing business with DOD must be registered in the CCR database. Consideration of TSPs for future participation in SDDC procurements of transportation and transportation services, future solicitations, awards, and payments will be based on CCR registration. TSPs register only once, but must update information annually. TSPs should register directly via the Internet at www.ccr.gov. CCR customer service is available through the CCR Customer Service Center at (888) 227-2423 or (888) 352-9333, option # 3.

### 2.1.4 Electronic Transportation Acquisition Registration

a. **Authentication General**
All TSP and/or TSP Representative information submitted on-line will require authentication using SDDC's Electronic Transportation Acquisition (ETA) system. TSPs seeking qualification approval, as well as currently approved TSPs editing/submitting information to maintain approval, will need an ETA account. Refer to Section 3.0 on User Management for details on registering for an ETA account. The following roles are available for selection:

-- Transportation Service Provider (TSP)
-- TSP Representative/Business Partner/Agent
  - Insurance Representative (Insurance Company)
  - Bond Representative (Surety Company)
  - Financial Representative (CPA [Certified Public Accountant])

b. **Trusted Agents**
The Trusted Agent serves as the single point of contact for the ETA Administrator in the processing of password requests. The Trusted Agent is an individual within the transportation provider's company who has the confidence of the president and other company officers and who can easily be contacted by the ETA Administrator. The ETA Administrator will contact the appropriate Trusted Agent for access approval. Each company will designate their Trusted Agent(s) on their respective Electronic Tender of Service Signature Sheet (ETOSSS). In the Trusted Agent data field, which is located in the Key Personnel section of the ETOSSS, enter the Trusted Agent's first name, last name, telephone number and e-mail address in the appropriate data fields. The ETA Administrator will only contact the alternate Trusted Agent, if designated, when the primary cannot be reached or fails to respond.

**2.1.5 Digital Identity Certificate Requirement.**

The implementation date for digital certificate is currently on hold. **DoD will require that all users of DoD systems use digital certificates to access those DoD systems. Commercial users (TSP, TSP's Bond Representative for the Performance Bond, Insurance Representative for the Cargo and Liability Insurance, and Financial Representative for the submission of financials) must obtain a digital certificate from one of the External Certificate Authority vendors at a cost. At a minimum you must purchase the "identity" certificate. Some of the vendors offer "encryption" certificates for use with E-mail but that is not required for use with ETA. Commercial users will not be able to access any of the DoD systems without the Digital Certificate. Be aware that each ETA user-ID may have only one unique certificate associated with it. You will be directed how to link your certificate to your ETA user-ID (i.e. TSP) on the ETA home page.**

**SDDC recommends companies purchase and begin to use the new digital capability before it becomes mandatory. Questions referring to Electronic Transportation Acquisition (ETA) should be directed ETA to administrator by clicking on Contact ETA email address at https://eta.sddc.army.mil. The most up to date information on Digital Certificate requirements is also available at this site.**

The qualification process requires TSPs, their Bond Representative, Insurance Representative, and Financial Representative, to use a digital identity certificate from one of these three vendors:

a. Operational Research Consultants (ORC), http://eca.orc.com/
b. Digital Signature Trust (DST), http://www.digsigtrust.com/federal/DoD.html
c. Verisign, http://www.verisign.com/enterprise/government/ieca-DoD.html

These three companies are the only ones currently approved to provide this capability to the DoD. A digital identity certificate is the digital equivalent of an ID card. For DoD military, civilians and authorized contractors, digital identity certificates will be located on a Common Access Card (CAC). For commercial users, it will be a file that resides on your PC. When you access a SDDC system, the system will check your PC for a digital identity certificate. If you have one, it will verify the user information and allow you to access the system(s) for which you have been approved. Using digital identity certificates provides a tighter security environment than user identifications and passwords.

**2.1.6 Qualification Timeline**

**TSPs seeking initial qualification as well as previously qualified TSPs seeking qualification in new markets must submit the required forms within the timeframe specified in the announcement during open season. Upon SDDC's review of each submission, TSPs not meeting the qualification requirements will have seven calendar days from the date of notification from SDDC to correct deficiencies during the open season period, (which may come by telephone or**

**email). After the seven-day correction period has passed, the corrected documentation will not be considered and the TSP will not gain approval. However, SDDC may consider extenuating or mitigating circumstances showing that the TSP was not responsible for failing to meet the deadline. SDDC reserves the right to revoke your approval at our sole discretion. TSPs not approved may re-apply during an open enrollment.**

### 2.1.7 Submission Requirements for Web Forms and Faxed Documents

**Web Forms** include data captured in PPQWEB for population of any/all TSP Qualifications forms/documents. To document compliance with the above qualification requirements, TSPs seeking approval must submit the following forms and documents electronically within the time frame specified during the open application period. The following forms must be submitted via the web:

a. Electronic Tender of Service Signature Sheet (ETOSSS) submitted by the TSP
b. Certificate of Cargo Liability Insurance submitted by the TSP's Insurance Representative
c. Performance Bond (for Domestic Interstate and/or International) submitted by the TSP's Bond Representative
d. Certificate of Independent Pricing (CIP) submitted by the TSP
e. Financial Data/Statements (Audited or Reviewed Financial Data/Statements) submitted by the TSP's independent Financial Representative or CPA
f. Certificate of Responsibility (COR) submitted by the TSP

Faxed Submitted Documents: **Electronically submitted documents must be submitted to SDDC Alexandria, VA at (703) 428-3321. Hard copy documents received via the mail and facsimiles not received at (703) 428-3321 will not be accepted.**

a. Proof of State Regulatory Compliance - the *only* operating authority acceptable to meet this requirement is State Permit or Articles of Incorporation (for Intrastate Program). Maritime Commission certificates and permits will not be accepted.
b. Key Personnel Resumes or References (Only upon SDDC's request)
c. Proof of Company Experience (Only upon SDDC's request)

### 2.1.8 Changes in Required Administrative TSP Information

All DoD approved TSPs are required to notify SDDC within 45 calendar days of a change of ownership, a change of corporate name, or change of key personnel.

*a. Change of Ownership:* **When a company changes ownership, a Novation agreement must be submitted electronically to SDDC at (703) 428-3321. Approval will be based on a review of the sales agreement and evidence to show that the new TSP complies with all qualification requirements. The new asset owner (transferee) must assume all obligations of the**

**transferor. In addition, the seller/transferor (i.e. former owner) guarantees the performance of the contract or bill of lading by signing the Seller/Transferor Certification. The Novation Agreement is located at 2.4. of this book.**

b. *Change of Name:* **When a company changes its name, they must submit electronically a change of name notification to SDDC at (703) 428-3321.**

c. *Change of SCAC*: **If your company obtains a new SCAC, the new SCAC will not be entered into the database or recognized, until all documents required to be submitted via PPQWEB under the new SCAC, and The Novation and a copy of the Sales Agreement are electronically submitted to (703) 428-3321 and are approved.**

d. *Change of Key Personnel:* **When a company changes key personnel they must submit an updated ETOSSS web form to include the Trusted Agent(s).**

If the certifying official leaves the company or that position, new certificates of Independent Pricing and Responsibility must be certified and submitted by or on behalf of the higher ranking of the new president or Chief Executive Officer.

All other administrative changes need to be provided, as they occur. Failure to update forms/certifications or have your industry partners update forms as changes occur will likely result in your DoD approval being revoked.

### 2.1.9 Certificate of Cargo Liability Insurance

For Domestic and International programs, the minimum cargo liability insurance coverage per shipment is $ 22,500. The aggregate amount is $150,000. The Certificate of Cargo Liability Insurance form located on SDDC's website, must be submitted by the TSP's insurance representative. No other forms will be accepted. The certificates of cargo liability must be executed by an insurer with a rating of "A-" or better in the Best Key Rating Guide (Section 5.0).

For Mobile Home/Boat program, the cargo liability insurance coverage minimum amount per shipment is $ 40,000. The Certificate of Cargo Liability Insurance form is located on SDDC's website and must be submitted by your insurance representative. No other form will be accepted.

### 2.1.10 Performance Bonds

Performance Bonds are required in both the international and domestic interstate programs. The bond requirement does not apply to domestic intrastate TSPs.
For the international program the bond requirement is a minimum of $100,000 or 2.5% of previous-year international DOD revenue, whichever is greater. International TSPs must have their surety company representative submit a "continuous until cancelled" bond. SDDC will review the international bond amount annually.

For the domestic interstate program the bond requirement is a minimum of $50,000 or 2.5% of previous-year DOD domestic interstate revenue, whichever is greater. Domestic interstate TSPs currently participating in the program must have their surety company representative submit a "continuous until cancelled" bond. SDDC will review domestic bonds annually.

When SDDC determines that either the international or domestic bond needs to be increased, the TSP will be notified and provided 30 days to submit a new bond via PPQWEB reflecting the updated amount.

Performance bonds (Domestic and International, whichever is applicable) must be continuous with no lapse in coverage. If a lapse in coverage occurs, DOD TSP approval will be revoked.

### 2.1.11 Changes in Insurance/Bond Notification

The Certificate of Cargo Liability /Mobile Home/Boat Insurance and the Performance Bond forms contain a statement that the insurance/surety companies will give a 30-day notice of any changes, expiration, or cancellations of the policies. The insurance/surety company must submit the notices of cancellation electronically at (703) 428-3321. The 30-day notice period begins from the date the notification is actually received by SDDC.

### 2.1.12 SDDC Decisions

SDDC's decisions are guided by what SDDC, in its sole discretion, perceives to be in the best interests of the government, in general, and the best interests of soldiers and civilian users of the DoD Personal Property Program, in particular, at that time. There are no standards for what constitutes the DoD Personal Property Program's best interests; it is what SDDC determines the Program's best interests to be.

**SDDC reserves the right to exercise its discretion in all decisions made regarding the DoD Personal Property Program. Thus, for example, SDDC could deny entrance or continuation in the program notwithstanding a TSP (or prospective TSP) satisfying the financial ratio test; conversely, SDDC could grant entrance or continuation in the program to a TSP (or prospective TSP) notwithstanding its inability to satisfy a financial ratio test.**

**Because SDDC's decisions are based on circumstances particular to the TSP or potential TSP and may also be a function of the DoD Personal Property Program's best interests at a particular time, contentions of disparate treatment (i.e., some TSPs treated differently than other TSPs) will not be a valid challenge to SDDC decisions; in a way, all SDDC decisions are disparate because the decisions are based on the particular circumstances involving the TSP and SDDC's perception of the DoD Personal Property Program's best interests.**

### 2.1.13 TSP Appeals

**TSPs or potential TSPs may appeal SDDC decisions denying entrance or not accepting updated qualification documentation for the DoD Personal Property Program. All appeals must state the specific reasons why the appellant believes that SDDC erred in deciding to fail to include or maintain the TSP in the DoD Personal Property Program. SDDC will not consider appeals that lack specificity or merely seek to have SDDC reconsider its decision.**

All appeals must:

a. be submitted in hard-copy; (an attachment to an email will be acceptable to meet this requirement).
b. be double-spaced:
c. be mailed to:
   HQ, Military Surface Deployment and Distribution Command
   Hoffman Building II
   Chief, Personal Property Division, SDPP-P
   200 Stovall Street Alexandria, Virginia 22332-5000
d. include five copies (if mailed);
e. be signed by the TSP's president or chief executive officer, whomever is more senior; even if the TSP emails the documentation as an attachment to an email;
f. include the entire filing submitted to SDDC as part of the request that SDDC denied; and
g. set forth in detail all factual and legal bases for the appeal.

SDDC is Not Responsible For, and Shall Not Interfere In, Commercial Dealings of TSPs, their Subcontractors and Vendors.

TSPs and their subcontractors and vendors are responsible for conducting their own due diligence when contracting commercially for the performance of bills of lading. SDDC's review and enrolling of program participants is solely for the government's benefit; it does not constitute any representation by SDDC to the transportation industry or to the general public of the creditworthiness or integrity of entities enrolled in the program. TSPs, subcontractors and vendors are expected to resolve their commercial problems and disputes independently of SDDC, presumably through measures available to entities involved in commercial contracting (e.g., mediation, arbitration, recourse to the judicial system, collection agencies). SDDC will not interfere in the commercial contractual relationships of TSPs, their vendors and subcontractors, nor will SDDC offer actual or *de facto* dispute resolution, mediation or bill collection services.

## 2.2 Qualification Requirements for New Entrants

### 2.2.1 Financial Data/Statements/Ratios

SDDC expects the TSPs to meet specific requirements at the time of application and maintain acceptable ratios while participating in the DoD program. New entrants must have their independent TSP Financial Representative (e.g. CPA) submit their most current financial data that has been audited or reviewed.

a. Annual Financial Data/Statement Requirements

Approved TSPs must have their independent Financial Representative provide data from audited or reviewed financial statements to SDDC annually. Publicly held firms may have their CFO submit the required financial data based on annual reports reviewed by the firm's independent auditor and submitted to the SEC. These TSP's must meet and maintain a quick ratio of 1 to 1 or greater and a positive debt to equity ratio of 4 to1 or less. Data will be submitted via the web using the Financial Statement web form. Financial statements must be prepared according to generally accepted accounting principles using the accrual basis of accounting. Annual financial statements must be submitted within 150-calendar days of year-end, normally defined as December 31st. If a company closes its books on a fiscal year basis (other than December 31st), then financial statements should be submitted within 150-calendar days of that date. Companies desiring to change their report dates must coordinate this with SDDC's Internal Review Office at (703) 428-3205. Requests to change reporting periods must be received not later than 90 days before the intended start of changed reporting period. SDDC will approve or reject the requested change not later than 30 days prior to the start of the change period.

b. Failure to Submit Documents or Maintain Acceptable Ratios

If SDDC does not receive the annual financial statements within the 150-calendar day time frame, the TSP's DoD approval may be revoked at SDDC's sole discretion. No pro forma statements will be accepted in lieu of actual financial statements. Additionally, SDDC reserves the right to obtain services from an independent third party source to conduct financial risk analysis of the TSP's financial submissions. This analysis will compare the TSP with appropriate industry norms. This information may be used to assist in the determination of financial risk to the government. If any DoD approved TSP falls below the minimum financial requirement, their DoD TSP approval may be revoked at SDDC's sole discretion. TSPs are responsible to assure that any financial data submitted to SDDC's web page has been reviewed and submitted by an independent Certified Public Accountant (individual or firm). If SDDC determines that data submitted was from other than an independent Certified Public Accountant, or the CFO for publicly held firms, SDDC may at SDDC's sole discretion immediately cease doing business with the associated TSP.

c. General

**SDDC wants to see the health of the TSP applying to enter or continue participating in the DoD Personal Property Program. TSPs must submit financial data that documents the business operations of the single TSP**

**seeking to qualify or to continue to do business with the DOD. SDDC will not accept combined or consolidated reports where there is no separation from one TSP to another. However, SDDC will accept a combined or consolidated financial statement if there is only one TSP subsidiary within that corporation. In other words, SDDC wants to see the health of the individual TSPs. Letters of guarantee from a parent company will not be accepted. Each individual TSP, must separately report SCAC code, and must comply with required ratio minimums as detailed below. TSPs must have their independent Certified Public Accountant or CFO provide data from independently audited or reviewed financial statements. Data will be submitted annually via the web using the Financial Statement web form. SDDC retains the right to request a hard copy of the TSP's full financial statements. If a hard copy of the financial statement is requested by SDDC, the TSP may submit one document containing several companies separate financial information, as long as the financial information is reported in each individual company's name and reflects that company's account information. These requested statements must include all referenced footnotes and the audit or review report. Because these reports are already completed and on file with the TSP, SDDC expects any request for a report to be provided to the requesting official within 5 workdays. TSPs not responding within this time period may be removed from the program. Each TSP must meet and maintain the required minimum ratios, as detailed below.**

d. Definition of Accounting Terms and Ratios.

**The following definitions apply to the filing of financial data and statements. TSPs should consult their accountant to answer questions on definitions or how to best present financial data.**

e. Quick Ratio (1 to 1 or Greater)

**Cash plus trade receivables divided by current liabilities. SDDC recognizes the industry's uniqueness in that many transportation-related costs are incurred and paid by the TSP after the military shipment is picked-up from the member and before delivery or placement in Storage in Transit. This lag time causes a mismatch between revenues and expenses. If the expenses are included in the financial statements and identified separately as prepaid transportation expenses or unbilled receivables, SDDC will consider them in the Quick Ratio analysis. SDDC does not recognize amounts due from stockholders, affiliated companies or related parties as current assets for the purpose of computing the quick ratio. Accordingly SDDC will compute the quick ratio by adding cash, cash equivalents, and trade receivables to determine quick assets and dividing by current liabilities. Since amounts due from stockholders, related parties, and affiliates are excluded from this computation, similar amounts payable to these classes of accounts will be subtracted from current liabilities before computing the quick ratio.**

**f. Debt to Equity Ratio (4 to 1 or Less)**
Total liabilities divided by the Company's equity. A negative debt ratio is unacceptable.

### 2.2.2 Certificate of Cargo Liability Insurance

SDDC expects the TSPs to meet specific requirements at the time of application and maintain acceptable insurance coverage while participating in the DoD program. New entrants must have their insurance representative submit their insurance.

### 2.2.3 Performance Bonds

SDDC expects the TSPs to meet specific requirements at the time of application and maintain acceptable performance coverage while participating in the DoD program. New entrants must have their bond representative submit their performance bond.

### 2.2.4 Electronic Tender of Service Signature Sheet Requirement (ETOSSS)

The company's President must certify that: the information in the ETOSSS application is true and correct; and the company agrees to provide service as set forth in the TOS and applicable Domestic and/or International Solicitations. The ETOSSS includes important ownership information. It also contains: a checklist that the TSP meets all minimum qualification requirements; an International and/or Domestic CFAC certification; the type of service the TSP will be performing (Interstate/Intrastate, Mobile Home, Tow-a-way Boat, Commercial Boat, International HHG and/or UB); the Standard Carrier Alpha Code; the Basic Federal/State Permit Number, TSP type (Freight Forwarder, Motor Carrier, Broker); Employer's IRS identification number; TSP's name; physical and mailing address, fax numbers, telephone numbers, email address; shareholder/partner information; officials authorized to submit electronic forms; Key Personnel; Small Business Certification; and the President's Certification Statement.

Each TSP must identify and maintain a company telephone number, a toll free number, a company facsimile number, and a company e-mail address.

Individual Shareholder(s) or Partner(s) Information is addressed in the ETOSSS. Enter the names of all shareholders involved in the company and their respective percentage of shares OR enter the names of all partners and their respective out standing capital stock/partnership interest in the company (e.g. the information contained in the SEC 10K, Part I, Item 4 Supplementary Item). For the publicly held companies, report information on executive officers of the company and on the security ownership of certain beneficial owners and management (e.g., the information contained or referenced in the SEC 10K, Part III, Item 12).

a. **Common Financial and/or Administrative Control (CFAC)** is addressed in the ETOSSS. CFAC means the power, actual as well as legal, to influence the management, direction or functioning of a business organization. CFAC must

be declared in accordance with the TOS. Except as provided in paragraph B of the CIP, pricing by CFAC companies must be arrived at with complete independence without discussion with other companies. TSPs declaring CFAC cannot compete in the same rate channel in the same code of service in the International Program. Domestic TSPs must declare CFAC on the ETOSSS. While there is no restriction in the domestic program on TSPs participating in the same lane of traffic or same code of service, they must declare CFAC. A TSP failing to disclose CFAC may be removed from the program for a period of up to two years and may be prosecuted for filing a false official statement in violation of 18 USC 1001.

b. **Key Personnel:** TSPs must list each company official, CEO, CFO, President, Vice President, Treasurer, Secretary, Operations Manager, Dispatcher, Director and Trusted Agent(s). TSPs must continually have two (2) key personnel involved in the management of the company (excluding the Treasurer and Secretary) that have at least three (3) years of experience in the movement of personal property shipments. Experience from employment with an international freight forwarder, van line, agent, or relocation move management company are some examples of acceptable forms of occupational training for purposes of meeting this requirement. SDDC reserves the right to request proof of three-year experience in transporting Personal Property, of the two key employees (i.e. a resume, references, etc.).

c. **Small Business Certification:** TSPs are required to self-certify whether they are a Small Business entity. This information is used for statistical purposes only. The ETOSSS contains a link that gives the criteria for being a small business.

**TSPs are required to submit an updated ETOSSS as administrative changes occur to the information provided.**

### 2.2.5 Certificate of Responsibility

This certificate must be submitted/resubmitted by or on behalf of the higher ranking of the TSP's President or Chief Executive Officer during each Qualification Open Season. By submission of this document, the President/CEO is certifying agreement to the information submitted.

### 2.2.6 Company Experience Requirements

This requirement pertains to new entrants seeking initial approval. As stated above, each New Entrant/applicant must have its own SCAC code. The TSP's company must have three years Government and/or commercial experience in the movement of personal property. SDDC will use the date on the DOT FMCSA operating authority (i.e., FMCSA Motor Carrier Certificate, FMCSA Freight Forwarder Permit, FMCSA Broker License, or State Permit if applicable), or if the state in which the new entrant has obtained the three years of government and/or commercial personal property movement experience is deregulated, the date on the company's Articles of Incorporation will be used to determine the company's three-year experience

requirement. SDDC reserves the right to request additional proof of three-year personal property experience, e.g., bills of lading, commercial invoices, etc., for proof of personal property movement. SDDC reserves the right to disregard experience received before a break-in-service or that has not been accrued for three consecutive years immediately prior to the application for program admission. Experience of a CFAC entity will not be credited or otherwise ascribed to the New Entrant/applicant.

#### 2.2.7 Federal and State Regulatory Compliance

TSPs are required to comply with all applicable Federal, State and Local requirements for the movement and storage of personal property. TSPs must: (i) annotate on the ETOSSS their DOT FMCSA Motor Carrier, DOT FMCSA Freight Forwarder, or DOT FMCSA Broker License number assigned by the Department of Transportation; and (ii) annotate their applicable DOT number. SDDC will use the DOT's Licensing and Insurance System to verify a TSP's valid household goods operating authority. **The DOT FMCSA issues the only authority acceptable to meet this requirement. Maritime Commission certificates and permits will not be accepted.**

If you are applying for intrastate service only, you must submit electronically a copy of your state permit or if that state is deregulated and no permit is issued, a copy of your articles of incorporation to (703) 428-3321. The state permit or articles of incorporation must apply to the state(s) in which you are applying.

The TSP must maintain valid household goods operating authority at all times. If authority becomes invalid, DOD TSP approval will be revoked.

#### 2.2.8 Certificate of Independent Pricing

This certificate must be submitted/resubmitted by or on behalf of the higher ranking of the TSP's President or Chief Executive Officer <u>during each Qualification Open Season.</u> By submission of this document, the President/CEO is certifying agreement to the information submitted.

### 2.3 Additional Market Requirements

**This applies to currently approved TSPs seeking approval to do business in an additional market e.g., domestic interstate/intrastate, mobile home/boats, international household goods or international unaccompanied baggage. Currently approved TSPs seeking approval to participate in additional markets may only do so <u>during any open qualification period.</u>**

**-- Currently Approved DOD Interstate Domestic TSPs Seeking Additional *Intrastate* Approval**
TSPs must update their ETOSSS in PPQWEB indicating they wish to expand their market to include Intrastate approval. The TSP must fax a copy of the applicable operating authority (State Permit or Articles of Incorporation) to SDDC at (703) 428-3321.

**-- Currently Approved DOD Intrastate Domestic TSPs Seeking**

**Additional *Interstate* Approval**

TSPs must update their ETOSSS in PPQWEB indicating they wish to expand their market to include Interstate approval. PPQWEB will validate the applicable operating authority (e.g., DOT FMSCA Freight Forwarder Permit, DOT FMSCA Motor Carrier Certificate, or DOT FMSCA Broker License). Refer to Section 2.2.7 for authority clarification. The TSP's Surety Company must submit a Performance Bond in the amount of $50,000.00.

**-- Currently Approved DOD Interstate/Intrastate Domestic TSPs Seeking Additional *International* Approval**

TSPs must update their ETOSSS in PPQWEB indicating they wish to expand their market to include International approval. The TSP must have their insurance provider submit a new Certificate of Cargo Liability Insurance to reflect the additional independent international coverage. The TSP's Surety Company must submit a Performance Bond in the amount of $100,000.00. PPQWEB will validate the applicable operating authority (e.g., DOT FMSCA Freight Forwarder Permit, DOT FMSCA Motor Carrier Certificate, or DOT FMSCA Broker License). Refer to 2.2.7 for authority clarification**.**

**-- Currently Approved DOD International TSPs Seeking Additional *Inter/Intrastate* Approval**

TSPs must update their ETOSSS in PPQWEB indicating they wish to expand their market to include Interstate or Intrastate approval. The TSP must have their insurance provider submit a new Certificate of Cargo Liability Insurance to reflect independent domestic coverage. The TSP's Surety Company must submit a Performance Bond in the amount of $ 50,000.00 if the approval is for *interstate*. No performance bond is required for *intrastate* approval. The TSP must fax a copy of the applicable operating authority for Intrastate approval (e.g., State Permit or Articles of Incorporation) to SDDC at (703) 428-3321. For Interstate approval PPQWEB will validate the applicable operating authority (e.g., DOT FMSCA Freight Forwarder Permit, DOT FMSCA Motor Carrier Certificate, or DOT FMSCA Broker License). Refer to 2.2.7 for authority clarification.

**-- Currently Approved DOD TSPs Seeking Additional Domestic *Boat or Mobile Home* Approval**

TSPs must update their ETOSSS in PPQWEB indicating they wish to expand their market to include Boat and/or Mobile Home approval. The TSP must have their insurance provider submit a Certificate of Cargo Liability Insurance for Mobile Home/Boat. For the Mobile Home/Boat program, the cargo liability insurance coverage minimum amount per shipment is $ 40,000. The TSP Insurance Representative must enter the Certificate of Cargo Liability Insurance information into PPQWEB. No other forms of insurance information will be accepted. No performance bond is required for Mobile Home/Boat approval.

**-- Currently Approved DOD International TSPs seeking Additional International Household Goods or Unaccompanied Baggage Approval**

TSPs must update their ETOSSS in PPQWEB indicating they wish to expand their market to include international international Household Goods or

international unaccompanied baggage approval.

Note: The TSPs are not required to submit new Financial Statements, as part of their additional qualification package.

**2.4 Removal of Market Approval**

**This applies to currently approved TSPs seeking to remove a particular market and/or code of service. TSP must submit an e-mail to ppqual@sddc.army.mil stating their request and also update their ETOSSS in conjunction with the e-mail request. TSP is required to contact the applicable Rate Team Program Manager to coordinate rate removal based on rate tender requirements.**

**2.4 Change of Ownership Novation Agreement**

**The following form must be completed and electronically transmitted to SDDC at (703) 428-3321.**

## CHANGE OF OWNERSHIP NOVATION AGREEMENT

**Notice is hereby given that ownership of (enter TSP's Name)(enter Standard Carrier Alpha Code (SCAC)), a DOD-approved personal property TSP, has changed as a result of sale/transfer effective (enter date). A copy of the sales agreement has been faxed to 703-428-3321. As an authorized official of the new owner (my name will appear on the ETOSSS), I certify that new owner has:**

a. Faxed a true and correct copy of the sales agreement (or other transfer document). (Some information may have been redacted to protect sensitive information.)

b. Acquired certain assets of the TSP and is performing the GBL/BL-based transportation and related services contracts by virtue of the above transfer.

c. Assumed all the obligations and liabilities of the TSP as to contracts previously performed or tendered.

d. The capability to perform all obligations that exist under current GBL/BL-based contracts and those that may be tendered in the future.

e. Ratified all previous actions taken by the prior owner with respect to GBL/BL-based contracts, with the same force and effect as if the new owner had taken the action.

f. Agreed to be bound by the terms and conditions applicable to TSPs participating in the DOD Personal Property Program.

g. Maintained compliance with TSP qualification requirements to include performance bond, cargo loss and damage insurance, operating authority and financial status as is evidenced by submission via PPQWEB of the bond, insurance certificate and audited or reviewed financial statement.

**SELLER/TRANSFEROR CERTIFICATION**

**In addition, the seller/transferor (i.e., former owner) guarantees the performance of the contract or bill of lading by signing this Seller/Transferor Certification.**

________________________________________________

**Seller/Transferor Name Title Date**

**TSP CERTIFICATION**

**I certify that I am the (Corporate Officer's Title-individual must be listed on the Electronic Tender of Service Signature Sheet) of (TSP's Name (SCAC)) and that I am authorized to represent (TSP's Name). I further certify that statements and documents submitted herewith are true and correct.**

________________________________________________

**New Owners Name Title Date**

PPQWEB

**3.0 TSP Application Submission Instructions**

Background:
The purpose of this section is to outline detailed application submission requirements. By submitting this application, you legally bind the company to the representations contained therein. In addition, by your application you agree to be bound by the rules and regulations stated in the Tender of Service and applicable rate solicitations. False representations and certifications constitute a violation of 18 U.S.C. 1001, and are punishable under law and could lead to civil penalties (e.g. suspension and debarment).

**The Status Screen is the primary screen used in the PPQWEB system. It provides links to blank web forms (Document Types) required to be submitted by the TSP or on behalf of the TSP. This screen reflects the status of these submitted web forms.** *All forms must be successfully submitted through PPQ WEB system before the TSP's request for approval will be reviewed and processed.* The status screen shows the history of each document associated with a TSP. To aid in the review process of the web forms prior to submission, edits have been applied to the web forms to identify incorrect/incomplete entries. The submitter will receive immediate pop-up screen message stating the error that must be corrected before the form can be successfully submitted.

Upon SDDC's review of each submission, TSPs not meeting the qualification requirements will have seven calendar days from the date of notification from SDDC, (which may come by telephone or email), to provide additional or corrected information. After the seven-day correction period has passed, the corrected documentation will not be considered and the TSP will not gain approval. However, SDDC may consider extenuating or mitigating circumstances showing that the TSP was not responsible for failing to meet the deadline. TSPs not approved may re-apply during the next open enrollment period. TSPs should have capability to access the Internet either from their office or using a third party vendor. TSP assumes all responsibility for all documents arriving within the established timeframe and the accuracy of each submitted document submitted by themselves or by their third party vendor (independent CPA, surety company, and insurance company).

***Electronic Transportation Acquisition (ETA)***

Each TSP and their third party vendor (independent CPA, surety company, and insurance company) are required to obtain an ETA account in order to access the PPQ WEB to submit applicable web forms. To request this account visit the ETA homepage located at www.sddc.army.mil. Click on "ETA systems," click on "Register for the First Time," scroll down to Personal Property, select PPQ WEB (Personal Property Carrier Qualifications). Next select your role from the drop down menu list of roles for the PPQ WEB system. The following roles are available for selection:

TSP
Insurance Company
Surety Company
CPA

A role determines the applications within a system that you will be allowed to use. You may only choose one role per system. Click the "Generate Request Form" button at the bottom after you've selected PPQ WEB and your role. When you click the "Generate Request Form" button, an entry screen will prompt you to enter your information. Please note that fields containing an asterisk are required fields for registration. Also, the accuracy of your email address is extremely important for the registration process. All the roles listed above will need their own separate ETA account.

Upon completing and submitting your ETA registration information, you will be sent an email confirming your request. This email will contain your Request ID (which will become your ETA user ID upon approval). If you do not receive your confirmation email within 24 hours (usually it comes much sooner), please contact by email ppqweb@sddc.army.mil the administrator of Personal Property Qualifications. Please include your Request ID/User ID in all correspondence with ETA administrators. Within 5-7 business days you will receive notification of approval (and a password) or a denial. You must obtain this password before you can continue to apply for approval.

DoD will require that all users of DoD systems use digital certificates as means of access to those systems. At that time, commercial users will have to obtain a digital certificate from one of the External Certificate Authority vendors at a cost (see 2.1.5.)

***PPQ WEB Application***

The PPQ WEB application is a web-based system that tracks documents pertinent to the TSP qualification process for both domestic and international TSPs. This system allows TSPs or their representatives (Certified Public Accountants, Surety representatives or Insurance company representatives) to fill out the necessary qualification forms through web pages and provides real time edit checks on formatting, thus allowing problems with their forms to be corrected before submission. This prevents wasted time and effort in having the forms manually reviewed and problems reported back later. The submitted information is stored at SDDC in the PPQ WEB database tables. All of the web submitted forms are user authenticated. The following forms must be submitted using the web forms provided:

1. Electronic Tender Of Service Signature Sheet (ETOSSS) (filed by TSP)
2. List of Countries/States and Codes of Service (LOCCS) (filed by TSP)
3. Certificate of Cargo Liability Insurance (filed by insurance company)
4. Performance Bond (filed by surety company)
5. Certificate of Independent Pricing (filed by TSP)
6. Financial Data/Statement (filed by independent CPA)
7. Certificate of Responsibility (filed by TSP)

**In addition to web forms, the following non-web forms may be required as part of the TSP's application. These forms *must* be submitted via FAX ONLY to the fax server at SDDC Alexandria, Virginia at (703) 428-3321. If any of the following documents are received via mail or are faxed to any other fax number other than (703) 428-3321, those documents will not be accepted. TSPs must submit the following when applicable:**

If you are applying for Interstate and/or International approval you must provide a DOT FMCSA Freight Forwarder permit or DOT FMCSA Motor Carrier certificate. (The DOT FMCSA issues the only operating authority acceptable to meet this requirement).
If you are only applying for Intrastate TSP approval you must provide a state permit. If that state is deregulated and no permit is issued, you must submit Articles of Incorporation.
Key Personnel Resumes or References will be faxed to SDDC only upon request.
Proof of Company Experience will be faxed to SDDC only upon request.

***Status Screen***

**The Status Screen is the primary screen used in the PPQ WEB system. The screen reflects administrative information and four status sections. Each section contains documents with a common status.**

Approved Documents**: After processing by SDDC, all approved web-based documents will be displayed here with document type, dates of submission and dates of acceptance. The TSP under this section may make edits. Once the edits are completed and submitted a new document will be displayed in the Pending Section with a new date of submission.**

Pending Documents**: These are web-based documents listed by document type and dates of submission that have been submitted and are waiting to be reviewed by SDDC. The TSP under this section may make edits. The edited document will appear again in this section with a new date of submission. If a warning comes up in this section, click the warning to view the warning message.**

Rejected Documents**: After processing by SDDC, all rejected web-based documents will be displayed here with document type, dates of submission and dates of rejection. The TSP under this section may make edits. The edited document will appear again in the Pending Section with a new date of submission.**

Remaining Required Documents: **(Does not include documents required to be faxed in to SDDC): These are web-based documents that the TSP or his industry partner must submit before SDDC will review and process the TSP's qualification package. Do not forget that there are faxed in document requirements that must be met in**

**addition to the submission of these web-based documents.**

**For new entrants, all other sections will contain no documents, and the "Remaining Required Documents" section will contain all of the documents listed above in the PPQ WEB Application. As documents are submitted, they will move from the "Remaining Section" into the "Pending Section". After processing by SDDC, the documents will appear in the "Approved Documents" or "Rejected Documents" section.**

**Note** that the status screen allows previously submitted documents to be viewed at any time, so printing the documents prior to submission is no longer required.

Form Completion:

**The qualification forms are the same for both the International and Domestic programs with exception of the performance bond that is required in the Domestic Interstate program and the International program. Also, minimums and amounts may differ (please refer to different Sections of this book for details). To complete the forms, simply click on each form link located in the "Remaining Required Documents" of the Status Screen. Complete each form and then hit "Submit". More detail for each form is provided in the Detailed Form Instructions below.**
**Please note that every field on every form MUST have an entry. If the data requested does not apply, type N/A, NONE, or NA and for numeric fields a zero is required.**

***Detailed Form Instructions:***

**The following will lay out detailed instructions for completing each individual form that a TSP or his industry partner/authorized representative, working on his behalf, must complete before the TSP may be considered for qualification by SDDC. The TSP *must* submit the Electronic Tender of Service Signature Sheet (ETOSSS) and the List of Countries/States And Codes of Service Form (LOCCS) *first* before any other document may successfully be submitted.**

Electronic Tender of Service Signature Sheet (ETOSSS)

**The TSP must certify that they meet the specific TSP Qualification Requirement indicated on the top of the page and by reading and checking/selecting the appropriate statements; otherwise, approval will not be granted.**

PART I - CERTIFICATION

**Please select Yes or No on the Common Financial and/or Administrative Control (CFAC) Certification questions in reference to being in CFAC with another DoD approved household goods TSP or forwarder. You must list the standard carrier**

**alpha code (SCAC) of each of the TSPs followed by a semicolon. For a description of CFAC, see the Tender of Service in the DTR, Appendix B.**

NOTE**: To list CFAC relationships, you must follow each SCAC with a semicolon and no spaces.**

PART II - TYPE OF SERVICE
Indicate the type of service you wish to participate in (Interstate, Intrastate, and/or International).
Annotate if you are a DOT FMSCA Freight Forwarder (FF), DOT FMSCA Motor Carrier (MC), and/or Broker (B) for each type of service. If you are an Intrastate TSP and your state is deregulated and no "permit" is issued, check MC or FF and annotate your Articles of Incorporation number in the MC or FF Number block. TSP must Respond YES or NO in every box for the codes of service.

PART III - TSP PROCESSING DATA
Standard Carrier Alpha Code (SCAC) block – Motor Carriers, Regulated Freight Forwarders and Brokers must have a four-letter alpha code (SCAC) as annotated in this block. If you do not have a SCAC, you may obtain it from the National Motor Freight Traffic Association by calling (703) 838-1831. A fee is required initially and annually.
Employer's Internal Revenue Service Identification Number block - (self-explanatory).
Name of TSP block - This block must match the company name annotated on your State and/or ICC, FHA operating authority(ies). All authorities must be consistence in company name. If there is a "Doing Business As" company name, please annotate the complete company name on all forms.
DOT number. (self-explanatory).
Physical Street Address block - Enter a street address including City, State and Zip Code.
Mailing Address block - Enter Post Office box address (if applicable), including City, State and Zip Code.
Telephone Numbers, Fax Number, Toll Free Number and Central Email Address block - (self-explanatory).

PART IV - SCAC/AND/OR TSP NAME CHANGE
**Indicate if the SCAC specified on the form is a change from a previous SCAC. If so, specify the original SCAC and TSP name.**

PART V – INDIVIDUAL SHAREHOLDER(S) OR PARTNER(S) INFORMATION

**Enter the names of all shareholders involved in the company and their respective percentage of shares OR enter the names of all partners and their respective outstanding capital stock/partnership interest in the company.**

***PART VI - OFFICIAL(s) AUTHORIZED TO SUBMIT ELECTRONIC FORMS***

**Review all of the form types, A-E, and check mark the types of forms each official**

**has the authority to submit on behalf of the company. Enter the name of the officer and his title. Each letter represents a specific form. If each official is authorized to submit all documents, you may check (E) ALL box. If you participate in the intrastate program, please be sure that an official can sign for (D) Manual Rate Tenders, or we will not be able to accept manual rate tenders submitted by your company. When filling out Key Personnel, follow instructions provided on the ETOSSS form.**

PART VII - SMALL BUSINESS CERTIFICATION

**Click the Small Business link to review criteria to be considered a Small Business entity. If you are a Small Business select "Yes" in the box provided; if not select "No".**

PART VIII - PRESIDENT'S CERTIFICATION

**Self-Explanatory - This field is automatically populated from the President's Name field from above.**

List of Countries/States And Codes of Service Form (LOCCS)

**Please check the appropriate Domestic and/or International program(s) at the top of the page.**

**The list of Countries/States and Codes of Service are divided into two sections and three parts. The first section addresses which Domestic program and what Domestic codes of service your company would like authorization to perform. The second section addresses the International program and what International codes of service your company would like authorization to perform.**
**All applicants must complete and submit the List of Countries/States and Codes of Service form. Please check EACH box that applies to your level of service for EACH area.**

You may only add approval during an open season.
If the TSP deletes a code of service from the LOCCS, that code of service will be removed from the program.

**Certificate of Independent Pricing**

**After reading paragraphs A and B of the form, select radio button 1 or 2 in paragraph C, which will fill in the appropriate blanks. Fill in your Name, Title and Organization. The names listed here must be also listed on the ETOSSS. This certificate must be submitted by the higher ranking of the TSP's President or Chief Executive Officer during every Qualification Open Season.**

**Certificate of Cargo Liability Insurance**

**Insurance companies, please complete appropriate parts of form based on TSP's request. Refer to this book in the appropriate Section for insurance requirements. The form is continuous until cancelled by the insurance company or TSP.**

**Performance Bond**

**Surety companies, please complete appropriate parts of form for International and/or Domestic Interstate service. Refer to this book in the appropriate Section for bond requirements. Please complete the appropriate parts of this form based on the TSP's request. The form is continuous until cancelled by the surety company.**

**Financial Data/Statement**

General**. All TSPs must have a rationale for existence other than to game pricing or the parent company's market share from the program. SDDC wants to see the health of the TSP applying to enter or continue participating in the DoD Personal Property Program. TSPs must submit financial data that documents the business operations of the single TSP seeking to qualify or to continue to do business with the DoD. SDDC will not accept combined or consolidated reports where there is no separation from one TSP to another. In other words, SDDC wants to see the health of the individual TSPs. Letters of guarantee from a parent company will not be accepted. Each individual TSP, must separately report SCAC code, and must comply with required ratio minimums as detailed below. TSPs must have their independent Certified Public Accountant provide data from audited or reviewed financial statements. Data will be submitted annually via the web using the Financial Statement web form. SDDC retains the right to request a hard copy of the TSP's full financial statements. If a hard copy of the financial statement is requested by SDDC, the TSP may submit one document containing several companies separate financial information, as long as the financial information is reported in each individual company's name and reflects that company's account information. These requested statements must include all referenced footnotes and the audit or review report. Because these reports are already completed and on file with the TSP, SDDC expects any request report to be provided to the requesting official within 5 workdays. TSP not responding within this time period may be removed from the program. Each TSP must meet and maintain the required minimum ratios, as detailed below.**

Definition of Accounting Terms and Ratios**. The following definitions apply to the filing of financial data and statements. TSPs should consult their accountant to answer questions on definitions or how to best present financial data.**

Quick Ratio (1 to 1 or Greater ): **Cash plus trade receivables divided by current liabilities. SDDC recognizes the industry's uniqueness in that many transportation-related costs are incurred and paid by the TSP after the military shipment is picked-**

**up from the member and before delivery or placement in Storage in Transit. This lag time causes a mismatch between revenues and expenses. If the expenses are included in the financial statements and identified separately as prepaid transportation expenses or unbilled receivables, SDDC will consider them in the Quick Ratio analysis. SDDC does not recognize amounts due from stockholders, affiliated companies or related parties as current assets for the purpose of computing the quick ratio. Accordingly SDDC will compute the quick ratio by adding cash, cash equivalents, and trade receivables to determine quick assets and dividing by current liabilities. Since amounts due from stockholders, related parties, and affiliates are excluded from this computation, similar amounts payable to these classes of accounts will be subtracted from current liabilities before computing the quick ratio.**

***Debt to Equity Ratio (4 to1 or Less): Total liabilities divided by the company's equity.***

***Part I – CERTIFICATION***

**Stipulate whether the data/statement is reviewed or audited. Annotate the Quick Ratio and the Debt to Equity Ratio.**

NOTE: **Date is the date of the financial statement, not the date of the review or audit report.**

Part II – ACCOUNTANT INFORMATION

**Self-explanatory.**

Part III – BALANCE SHEET

**If applicable, amounts receivables from stockholders, related parties, and affiliates should be shown in a separate line in this section and not aggregated in the trade receivable account.**

***Part IV – NARRATIVE***

**(Note a pending change to the ETA financial form will allow the CPA to add narrative notes to data submitted including events subsequent to the date of the financial statement).**

Certificate of Responsibility

**After reading the form check either yes or no, whichever is applicable to the question being asked. If an answer is yes, please explain fully the "yes" answers. This certificate must be submitted by the higher ranking of the TSP's President or**

**Chief Executive Officer during each Qualification Open Season.**

**4.0 Definitions**

The Department of Defense Personal Property Program contains terminology and acronyms, which are unique to the program. The following definitions are provided to give you a basic understanding of the terms used:

**Cargo Liability Insurance** : Insurance required by a TSP to cover compensation for loss and/or damage to all property belonging to shippers or consignees and coming into the possession of the TSP in connection with its transportation service performed for the account of the Department of Defense, regardless of whether the motor vehicles, terminals, warehouses, and other facilities used in connection with the transportation of such property are specifically described in the policy or not.

**Common Financial and/or Administrative Control**:
**This means the power, actual as well as legal, to influence the management, direction or functioning of any other TSP(s) or forwarder(s). Circumstances surrounding organization or operation, which may, but do not always result in a common financial and/or administrative control relationship, include the following**:

1. Majority or Minority Ownership
2. Familial Relationships
3. Voting Securities
4. Common Director, Officers, and/or Stockholders
5. Voting or Holding Trusts
6. Associated Companies
7. Contract or Debt Relationships

**Continental United States (CONUS):** All 48 contiguous states and the District of Columbia.

**Digital (Identity) Certificate:** A digital identity certificate is the digital equivalent of an ID card. Using digital identity certificates provides a tighter security environment.

**Domestic Boat Program:** Movement of privately owned boats, belonging to DOD military personnel only. Definition of boats is included in JFTR, Para. U5310F. For the movement of self-propelled boats see JFTR, Para U5510. For movement of boats used as a primary residence, see JFTR, Para U5500, JTR Para C10000, and procedures in 407 of Defense Transportation Regulation (DOD 4500.9R) Part IV Personal Property.

**Electronic Data Interchange (EDI):** The computer to computer exchange of business data using standards jointly developed by standards groups such as American National Standards Institute (ANSI) or Electronic Data Interchange Agency.

**ETA:** Electronic Transportation Acquisition is a system that provides a single point of entry to the transportation community through the use of the Worldwide Web. The

Military Surface Deployment and Distribution Command (SDDC) ETA system provides access to SDDC transportation systems as well as links to other transportation sites. The ETA system is divided into four major transportation categories: Freight/Cargo, Passenger, Personal Property, and General Services.

**ETOSSS:** The Electronic Tender of Service Signature Sheet; completion of this form certifies that you have read the Tender of Service, and agree to provide service in accordance with the provisions contained therein. The TSP is responsible for submitting a new ETOSSS when changes occur concerning one or more of the following: company name, address, telephone number, e-mail address, company officers, etc.

Financial Statements: **The presentation of financial data, including accompanying notes derived from accounting records and intended to communicate an entity's economic resources or obligations at a point in time, or the changes therein for a period of time, in accordance with a comprehensive basis of accounting.**

**Interstate Shipment:** Any personal property, boat, or mobile home shipment originating in a state or the District of Columbia and destined for another state or the District of Columbia.

**International Shipment:** The movement of household goods or unaccompanied baggage between a point in the continental United States and a point in an overseas area.

**Intrastate shipment:** Any personal property, boat, or mobile home shipment originating in a state destined for the same state.

**Key Personnel:** Two managing officers of a company (excluding Treasurer and Secretary) that must have at least (3) three years experience transporting Personal Property.

**Mobile Home:** _A mobile dwelling constructed or converted and intended for use as a permanent residence and designed to be moved, either self-propelled or towed.

**Operating Authority:** An authorization issued by DOT or individual state regulatory body for a commercial TSP to perform transportation service.

Performance Bond**:** **Serves to protect the Government in the event the TSP to whom the actual bill of lading contract is issued fails to effect delivery of the shipment set forth on the bill of lading. The Surety(ies) underwrites and assumes the Principal's TSP liability to the Government for: over charges; related administrative costs; and reprocurement costs when due to the Principal's failure to complete delivery of a shipment, the Military Surface Deployment and Distribution Command deems it necessary to reprocure transportation services from an alternate TSP. The Government is the sole beneficiary in the event the Principal defaults and is unable to perform for whatever reason, including that of filing a petition in bankruptcy, or**

**an involuntary bankruptcy. To obtain and maintain DOD approval in the Personal Property Program, TSPs must provide a performance bond.**

**PPQWEB**: PPQWEB is a web based system that tracks documents pertinent to the TSP qualification process for bother domestic and international TSPs. This system allows TSPs or their representatives (Financial Representatives (CPA), Bond Representatives or Insurance Representatives) to fill out the necessary qualification forms through web pages and provides real time edit checks on formatting, this allowing problems with their forms to be corrected before submission.

**References:** The TSP must submit employee experience and company experience references upon request from SDDC. Experience from employment with an international freight forwarder, van line or agent is considered an acceptance form of occupational training for purposes of meeting this requirement. Company experience can be measured by either copies of Government Bills of Ladings, invoices etc.

**Small Business Certification:** Criteria for eligibility as a small business for the purpose of transportation service acquisition. Self-certification is required on the ETOSSS to determine whether a company is a small business. This information is used for statistical purposes only.

**Standard Carrier Alpha Code (SCAC):** A four-digit alpha code that is assigned to each TSP by the National Motor Freight Traffic Association to identify that TSP in the various procedures and documents used in the DOD Personal Property Program.

**Tender of Service (TOS):** The basic document which specifies the terms and conditions of participation in the DOD Personal Property Program. The Tender of Service is found in Appendix B to the DTR, PART IV. The tender provides details concerning qualification procedures, mutual agreements and understandings, service and performance requirements, and certifications.

Transportation Service Provider (TSP): **As used herein, Transportation Service Provider is any party, person, agent or carrier that provides freight/personal property transportation and related services to an agency, including Motor Carrier, Freight Forwarder and Broker.**

**US Bank (PowerTrack) Trading Partner Agreement (TPA):** The binding agreement setting forth terms and conditions governing the sending or receiving of electronic data between TSPs and US Bank.

**Web Forms (forms):** Includes data captured in PPQWEB for population of any/all TSP Qualifications forms/documents.

## 5.0 Recommended Publications and Hot Links

- Defense Transportation Regulation (Part IV) Personal Property
  http://www.transcom.mil/j5/pt/dtr_part_iv.html
- Tender of Service
  http://www.transcom.mil/j5/pt/dtrpart4/dtr-part-4-app-b.pdf
- Department of the Treasury (Circular no. 570)
  http://www.fms.treas.gov/c570/c570.html
- PowerTrack
  http://www.usbank.com/powertrack
- Key Best Rating Guide
  http://www.ambest.com

Department of Defense Future
Personal Property Program:

# FAMILIES FIRST




***Moving in the right direction!***

## INTRODUCTION

The Military Surface Deployment and Distribution Command (SDDC) manages the Department of Defense (DOD) $1.7 billion Personal Property Porgram, and it is responsible for moving more that 500,000 shipments annually for the military Service departments, DOD agencies, and the U.S. Coast Guard.

The Families First Program intends to streamline the process and bring the Personal Property Program into alignment with on-going transportation reengineering and business improvement initiatives to include incorporating best-value procurements. This pamphlet is to provide you with basic information about the Families First program.

Families First is the new Personal Property Program that will improve the quality of life for all Service members involved in military mobilization and relocation. The Personal Property Program is a very complex and diverse program that affects many stakeholders. Among these stakeholders are almost 1,000 Transportation Service Providers (TSPs - the Moving Industry), all Military Services including 139 Military Personal Property Shipping Offices (PPSOs), hundreds of thousands of Service Members, their families, and other DoD customers. With over 500,000 moves annually at a cost approaching $2 Billion a year, Families First will touch many lives.

A customer focused program utilizing state of the art technology, Families First will provide numerous service improvements for Service Members and their families. In addition to improving the efficiency and effectiveness of the Personal Property Program, Families First will create a single, paperless Joint Personal property Program that integrates and automates all processes that support a personal property move.

The SDDC website contains detailed additional information about all aspects of Families First and the Defense Personal Property System (DPS). We encourage you to visit www.sddc.army.mil for additional information.

## BACKGROUND

DoD's Families First program is the result of many years of effort to improve the Personal Property Program. The current program, unchanged for 35 years, no longer provides Service Members and their families the quality of moving services they deserve and should expect. Starting in 1994, DoD began its pursuit of various initiatives to improve the experience of moving household goods. Since that time, four different pilot programs were tested and evaluated to identify the most effective business practices for personal property shipments. Families First incorporates the lessons learned and best business practices from these four pilot programs into one reengineered system.

The Army Hunter Pilot Program outsourced all household goods moving functions; the Sailor Arranged Move (SAM) allowed sailors to select their own carrier; the SDDC Pilot Program tested commercial business practices within the DoD framework; and the Full Service Moving Project (FSMP) expanded the outsourcing concept originated in the Army Hunter Pilot Program.

The pilot programs revealed that Service Members measure quality service by minimum damage and prompt claims handling.

Representatives from the Military Services, the Moving Industry, and knowledgeable experts from SDDC joined together to create Families First. Families First will utilize a centralized web-based computer system, the Defense Personal Property System (DPS) that automates daily operations such as shipment processing, report generation, and costing for Personal Property.

Service Members can access DPS via the internet to streamline the counseling process, to file claims on-line and complete the Customer Satisfaction Survey (CSS).

TSPs can submit bids electronically and can access real-time information 24 hours a day, 7 days a week. Families First will offer the TSP greater operational flexibility, including the ability to receive prompt payments through PowerTrack – an electronic billing and payment system.

***Improve Services and Retain the Best People***

Beginning in June 2004, Service Members began completing Customer Satisfaction Surveys for various types of shipments. This CSS data will be used at the inception of Families First to generate Performance Scores for all TSPs. Shipment awards will then be based primarily on performance and not lowest price. A Best Value Score (BVS), based primarily on the results of the customer satisfaction surveys, will be the factor that determines which TSPs will move the property of Service Members and their families. Results of the surveys will be provided to the TSPs and PPSOs for their quality control efforts.

Implementation of the Families First program will be effected in three phases.

## THE THREE PHASES OF FAMILIES FIRST ~ PHASE I

The primary goal of Phase I is to prepare for Families First by implementing an electronic billing and payment process in the current program using PowerTrack and the Central Web Application (CWA). The secondary goal of Phase I is to begin the Customer Satisfaction Survey process that lays the groundwork for Performance Scores and the deployment of Best Value Distribution beginning in Phase II.

PowerTrack is U.S. Bank's web-based, commercial business-to-business payment system that is used to pay TSP invoices.

CWA is a web-based Government system that is being used for reviewing and approving services online, and for calculating the cost of shipments. CWA is used in conjunction with the Transportation Operational Personal Property Standard System (TOPS).

The use of CWA/PowerTrack began in March 2004. The rollout of the Electronic Billing and Payment process was performed with a limited number of participating origin and destination PPSOs and TSPs. This provided a demonstration of the new process to the Services prior to implementing it at all sites.

Both CWA and TOPS will be replaced by DPS in Phase II of Families First. The use of PowerTrack will continue throughout all Phases of Families First.

## THE THREE PHASES OF FAMILIES FIRST ~ PHASE I I

Implementation of Phase II is when our move customers will be directly impacted and be able to "see" the service improvements of the Families First program. Highlights of Phase II include: Full Replacement Value (FRV) liability coverage; web-based counseling; Best Value Distribution (BVD); direct communications between customer and TSP; on-line claims filing directly with the TSP; all utilizing the web-based computer system to support Families First, DPS.

The cornerstone of Families First is the development of DPS to distribute and manage HHG shipments better than the existing systems. Rollout of Phase II will achieve full deployment of DPS functionalities that are core to the re-engineered personal property program. Phase II will also accomplish:

- Transition from low-cost-based to performance-based service contract awards through incorporation of Customer Satisfaction Surveys in the TSP shipment award process;
- Use of new rate filing process as a "do it yourself" function for TSPs under new Tariffs; also a new feature in the TSP qualification process;
- Roll out of the Full Replacement Value liability coverage and revised claims filing process;
- Shipments booked in the Defense Personal Property System.

## THE THREE PHASES OF FAMILIES FIRST ~ PHASE I I I

Families First Phase III will include the migration of the Direct Procurement Method (DPM) including Local Moves, Non Temporary Storage (NTS) and Intra-Theater Tenders (ITT)/contract moves inclusive of deployment storage into the DPS environment. Phase III will:

- Feature the same DPS functionalities as those developed in Phase II with enhancements specific to Phase III requirements
- Allow Phase III shipments to be booked and managed in DPS
- Provide Service Members/Civilians and their families with an easier process, more flexible access and higher quality of service for their personal property moves

Benefits realized from the implementation of Phase II of Families First will carry forward for all Phase III shipment types when they are managed in DPS.

## DEFENSE PERSONAL PROPERTY SYSTEM

For the first time, the DoD Customer, the PPSOs and TSPs will have access to one system where they interact with one another in the management of personal property shipments. DPS is a multi-service, standard database system for managing the movement of personal property for U.S. Service Members, Government Employees and their dependents. DPS automates, streamlines, and coordinates virtually every aspect of handling personal property shipments. It allows users to perform follow-up checks more effectively; enables users to prepare notifications for the member and TSP quickly and efficiently; and simplifies organizing, summarizing, reviewing, and transmitting periodic activity reports to management.

Access to DPS will be available via the internet or DoD communications networks from anywhere in the world. Access control and authentication for DPS will be provided by the Electronic Transaction Acquisition (ETA) digital certificates system that offers a single point of entry to SDDC transportation systems as well as links to other transportation sites. Customers will be able to register with ETA for a login and password via the internet

Simulated versions of the system for training purposes will be available to those using DPS. The final "live" system will be tested in numerous ways, one including a User Test that will bring in SDDC and Service Branch users who will simulate use of DPS as they would in the intended setting. Technical support will also be available on the DPS website. Links on each page will provide instructions to users and Frequently Asked Questions (FAQs) will address various aspects of the system.

The SDDC Help Desk will also be available if users have questions or problems that cannot be answered using Help links or FAQ responses on the DPS website.

## FAMILIES FIRST IS CUSTOMER FOCUSED AND USER FRIENDLY

Families First, is designed to provide the customer with quality service, offers many benefits to Department of Defense customers. At present, TSPs are selected based on low cost. Families First, however, will take into consideration the performance and quality of the TSPs. Using a "best value" system, service members will be given the opportunity to rate TSPs through a customer satisfaction survey (CSS).

Department of Defense customers can take advantage of the self-counseling benefit that Families First provides, including online access to all necessary instructions, restrictions, and calculations, and online menu-driven determination of entitlements.

Shipments can also be tracked through online inquiry. Another benefit of the Families First DPS system is the online claims settlement function. Direct claims may be settled between customers and TSPs, reducing claims settlement time. Lost items or items damaged beyond repair will also be replaced at full value, unlike the depreciated value replacement under the current system. Service members also deal directly with their TSP, reducing the need for temporary storage and decreasing the chance of lost or damaged items.

The Customer Satisfaction Survey (CSS) is the primary source of data that will be used in determining the performance portion of each TSP's Best Value Score. Each customer moving under the DOD program will be counseled on the importance of completing the CSS online upon delivery of each shipment moved. The Customer Satisfaction Survey provides the DOD with direct feedback about the move experience, consisting of six questions designed to measure objectives of the Families First program. The survey also contains questions designed to garner feedback about the services provided by the local Traffic Management Offices (TMO) or PPSO but this data is not included in the calculation of the TSP score.



The web-based survey will be the primary method in which customers provide feedback on each of their shipments and will contain validation messages to ensure customers: have reviewed their responses; understand the TSP's survey score (based on their responses); and realize that they will not be able to change their survey responses once the survey is submitted.

The secondary method used to encourage customer survey completion is an email reminder. Any customer that has a shipment flagged as "delivered" in DPS that does not have a survey completed within 7 calendar days, will be emailed a reminder. Finally, telephonic surveys will be conducted when a statistically valid sample has not been achieved via the web or by email.

## FAMILIES FIRST IS DESIGNED WITH TRANSPORTATION SERVICE PROVIDERS IN MIND

Under Families First, the convenience of an online system accessible 24 hours a day, 7 days a week is available through DPS. TSPs can electronically file all required information, email notices, and updates during the approval process. Rates can also be filed online directly into DPS, and service providers will receive email alerts regarding one-time only shipments and online submission of bids on individual shipments. Furthermore, participation in the new system is of minimal cost to TSPs and will simplify the rates filing process.

To ensure fair performance scoring, DPS will be programmed to ensure that each TSP has a statistically valid sample of Customer Satisfaction Surveys by shipment category. For every TSP that does not have a valid sample of surveys in any shipment category 30 days prior to the end of any performance period, DPS will generate a list of customers to be contacted telephonically to complete the survey. DOD will also provide TSPs with secure access to survey data in order to identify areas of weakness or superior service including their raw performance scores. TSPs can use this data to improve their business processes.




In order to remain in the program, currently approved TSPs must maintain all required documents and certifications in a current status in accordance with the Families First Business Rules. Once qualified, a TSP's approval to participate in the program is valid unless the TSP fails to maintain other program requirements, e.g., those identified in the Tender of Service (TOS), the international tender or domestic tariff, or the qualification pamphlet.

Families First will also incorporate a new rate filing process supported by DPS. Rates for the domestic and international programs can only be filed in DPS, via the Request for Quotation (RFQ) module. Families First will use a "Best Value" approach to distributing shipments based on a TSP's (TSP's) performance and rates. DPS will establish a Best Value Score (BVS) for each TSP-channel combination, based on their Performance Score (PS) and Rate Score (RS).

Rates will be filed by TSPs engaging in the movement of DoD and U.S. Coast Guard (USCG) - sponsored shipments of household goods within and outside of the continental United States (the 48 contiguous states and Alaska). TSPs filing rates in response to the SDDC rate tariff and/or tenders will use these instructions in conjunction with tariff and/or tenders modifications to ensure a responsive rate filing.

## FAMILIES FIRST WILL BENEFIT PERSONAL PROPERTY SHIPPING OFFICES

Families First, supported by DPS, provides key benefits to all members of the personal property community in an effort to improve service quality to military service members, civilians, and their families. PPSOs will have the flexibility of a central web-based application with integrated data in one system. Self-service counseling will reduce per move workload and allow PPSOs to focus on specific problems as well. The replacement of legacy systems and manual procedures has specific benefit to PPSOs with the elimination of paper forms and the addition of enhanced reporting capabilities. DPS will improve the automation of all PPSO functions currently being performed in TOPS and/or CWA.

## FREQUENTLY ASKED QUESTIONS

***What makes FAMILIES FIRST different?***

**FAMILIES FIRST is an innovative new program that will combine cutting edge technology with best business practices. Features include 'Best Value Distribution' to select Transportation Providers and Full Replacement Value Coverage for the Service Member.**

***What is the 'Customer Satisfaction Survey'?***

**The 'Customer Satisfaction Survey' is a web-based application that will allow the Service Member to rate the service and performance received from the TSP and DoD during their shipment move. This data will help improve the overall move process and insure that only quality Transportation Service Providers are sent to your home.**

***What is 'Full Replacement Value'?***

**It means that the mover will guarantee to either replace your lost or damaged (beyond repair) item with a new item of like kind and quality, or pay the replacement cost of a new item. If the item is repairable, the mover will arrange to have the item repaired to its former condition, by a qualified repair firm, or pay you the repair cost.**

***What if there is a problem with my claim?***

**If you are not satisfied after 30 days, you may transfer your claim to the nearest Military Claims Office.**

***What if I do not have access to a Computer?***

**If you or your designated agent do not have a computer at home, and cannot access one at work, school or your public library, you can still come into your nearest PPSO and one of our skilled counselors will help you.**

***Where is DPS?***

**DPS can be accessed via the internet from any computer. No special systems or programs are required. You will have to set up an account and obtain a password as is true of most internet accounts. Once this is done, you can review any part of counseling or your account.**

***How will I file a claim under the* FAMILIES FIRST *program?***

**You will file a claim directly with the TSP via your computer.**

***For more information on SDDC and the Families First program please visit our website at: www.sddc.army.mil***