# In the United States Court of Federal Claims

* * * * * * *

AMERICAN RED BALL INTERNATIONAL, INC., et al., *

*

Plaintiffs, * No.07-211C

v. * Filed: August 24, 2007

*

UNITED STATES OF AMERICA, *

Defendant. *

* * * * * * *

**ORDER**

Defendant's motion to dismiss is fully briefed as of August 23. We have reviewed the material provided by the parties and find that oral argument may be helpful in clarifying a few remaining points. The court's schedule for September and October has become problematical, so we ask that the parties meet to agree on a time during that period that is mutually convenient. The hearing should not last more than two hours. We will arrange this court's schedule to accommodate counsel if possible. Counsel should advise the court of their schedule as soon as possible, but no later than September 14. We are available at any time before then to discuss this case with the parties if the court can assist.

s/Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge