# In the United States Court of Federal Claims

* * * * * * *

AMERICAN RED BALL INTERNATIONAL, INC., et al., *

*

Plaintiffs, No.07-211C

*

v. Filed: August 27, 2007

*

UNITED STATES OF AMERICA,

*

Defendant.

*

* * * * * * *

**ORDER**

The parties have met with the court and agreed on September 20 at 10:00 a.m. for oral argument. Proceedings will be held in the National Courts Building, Washington, DC.

s/Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge