# In the United States Court of Federal Claims

**No. 07-211 C**

**AMERICAN RED BALL INTERNATIONAL, INC., ET AL.,**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the court's Published Order and Opinion, filed November 28, 2007, granting defendant's motion to dismiss for lack of subject matter jurisdiction and for failure to state a claim,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the complaint is dismissed. No costs.

Brian Bishop
Clerk of Court

**November 30, 2007** By: s/Lisa L. Reyes

Deputy Clerk

<u>NOTE</u>: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of <u>all plaintiffs</u>. Filing fee is $455.00.